## Chicago Public Schools
## Individual Education Program (IEP)
### 1. Identification Information

| | |
|---|---|
| **Student Name:** E█████ W█████ | **Date of Meeting:** 05/28/2020 |
| **Student ID:** █████ | **Gender:** Male | **Current CPS School:** Roald Amundsen High School |
| | **Phone:** (773) 534-2320 |
| | **Area:** 19 **School ID:** |
| **Birth Date:** █/2004   **Grade:** Tenth grade   **Homeroom/Division:** █████ | |
| **Parent/Guardian:** R█ W█ (Father) | **Case Manager/Telephone:** Sara Mizener,   (773) 534-2320 |
| **Address:** █████ Chicago, IL 60659 | **Date of Most Recent Evaluation:** 12/18/2019 |
| **Parent's Phone Numbers Primary Resident Voice:** █████ | **Date of Next Proposed Reevaluation:** 12/18/2022 |

### 2. Disabilities

Intellectual Disability - Moderate, Visual Impairment, Speech or Language Impairment

### 3. Purpose of the Conference

**Purpose of the Conference:** Revision to IEP Dated

Date of IEP being revised: 01/15/2020

Since a formal IEP meeting was waived, following sections can be revised based on the Waiver document:

- ☐ Language
- ☐ Areas of Need
- ☐ A&M: Assessments
- ☐ Curriculum, Grades, Promotion and Graduation
- ☐ Transition Service Plan
- ☐ Paraprofessional (Modified on 10/11/2019)
- ☐ General Considerations
- ☐ A&M: Special Factors
- ☐ Specialized Instruction
- ☑ Extended School Year
- ☐ Functional Behavior Assessment
- ☐ Student Independence Plan (Modified on 10/07/2019)
- ☐ Transition Services
- ☐ A&M: General
- ☐ LRE Grid/Setting
- ☐ Transportation
- ☐ Behavior Intervention Plan

### 4. IEP Team (participants as appropriate)

No meeting was held since the parent has waived a formal meeting. Waiver of IEP Revision Meeting is attached.

### 5. Procedural Safeguards

The parent waived a formal IEP meeting. The IEP Meeting paperwork was given or sent to the parents on    by . A copy of the Waiver of IEP Revision Meeting is attached.

### 6. Language

**Language(s) used by student:**
Primary: English

**Primary language spoken in home:** English

**Interpreter is not needed for parent communication.**

**Primary mode of communication used by student:** Oral

**Primary mode of communication used by parent:** Oral

### 7. General Considerations in the Development of the IEP

**Student's Strengths:**

E█ is currently a 10th grade student at Amundsen High School. He has a diagnosis of Down Syndrome and Cognitive Delay. E█ has access to a communication device, but primarily communicates verbally. Also, E█ must wear eyeglasses at all times and requires a minimum of 16 point font. E█ has been assigned a placement within a Cluster program and requires a significantly modified curriculum for all core classes . E█ receives paraprofessional support via 2 SECA, which are assigned to each classroom. E█ also participates in lunch and electives, with SECA support, along side his general education peers.

E█ is also a member of the AHS Special Olympics Team. E█ participates in after school conditioning for events with Staff supervision and assistance. E█ has also participated in Special Olympic events such as bocce ball.

Per E█'s "Student Interest Survey", which was completed with 1:1 Staff assistance, his favorite animal is a "horse" and his favorite food is "spaghetti". E█ stated that he has "one" brother. His favorite sport is playing with a "ball". In his free time he likes to watch "TV". When E█ grows up he said he wants to be "rich". E█ said a great thing about himself is that he is "smart".

E█ has a positive demeanor and is always in a good mood. E█ is able to follow simple step directions communicated verbally with prompts.. He is familiar with his daily, as well as classroom routines, which he is able to follow with prompts and redirection from staff.

E█ relates well to his peers and enjoys his classmates. He has lunch everyday with his friend Mark. They will also transition throughout the school environment with supervision and assistance from Staff. E█ also enjoys Music and PE with his peers. E█ is continuing to build friendships with his peers.

E█ likes to be independent and will frequently "wave off" or verbally decline Staff assistance with a very clear "No". It will be of great benefit for E█ to develop self-advocacy skills when he does not understand something or needs help. E█ does have an assistive communication device, but requires frequent reminders and prompting to use it.

E█ is able to identify the letters of the alphabet sequentially and out of sequence. E█ can copy and trace words when presented. E█ is able to listen to leveled stories.

E█ can identify digits 1-20 sequentially. E█ has also demonstrated the ability to utilize a calculator in Math class.

**Academic, Developmental and Functional Needs:**

**Academic Needs:**

General Academic Needs:

E█ requires a significantly modified curriculum with programmatic paraprofessional supports in order to better access the core curriculum. E█ needs to have material broken down into simple step instructions. Directions should be given in writing and verbally with a check for understanding. E█ requires extra examples when new vocabulary and concepts are introduced. Student can benefit from having activities modeled by teachers/staff with multiple examples for reinforcement.

Timed breaks, prompting, frequent redirection, explicit directions, modeling, concrete examples, frequent check-ins, flexible schedule, ability to use computer when appropriate, organizational supports such email assignment reminders & google classroom alerts, chunking of larger assignments, in person feedback, positive reinforcement

Individualized Education Program (IEP)

**Morning Routine / Resource (per Mrs. Johnson)**

█ follows the morning routine well. He knows to take his communication device out of his bag, places it on his desk, takes his folder to his mailbox but first drops off his homework in the bin. █ will get his calendar work and dry erase marker and begin working independently. On days when █ is the MC, he will lead the class in reading the rules and invite everyone to line up for breakfast. █ shows excitement when he is the leader. █ is social. He interacts with other students appropriately and will sometimes be seen holding hands as they walk in the hall together, or they will sit together at breakfast and laugh at jokes. █ has a great sense of humor! █ has been a server at breakfast, where with assistance and support will take food requests from students and bring it to them. █ enjoys greetings in other languages such as Spanish and Icelandic. He will imitate show enthusiasm when practicing saying "Good morning, My name is █, I live in Chicago, where do you live? School is fun!" all in Icelandic.

**Science (per Mrs. Johnson):**

█ is a true pleasure to have in class. █ comes into class everyday with a pleasant attitude and ready to participate. We started the year learning about how to think like a scientist! █ has practiced observing like a scientist, taking notes, discussing the properties of things such as shape, color, solid , liquid. █ can identify properties. █ can identify animals that hibernate from those that migrate. █ knows when he wants help and when he wants to work independently. He shows this by pushing the teachers hand away and says "no,no, no... or thumbs up when he wants help. █ will use his communication devise with prompting but prefers to try to speak or gesture, █ enjoys painting and combining art activities with science. █ enjoys IXL science where he can work at his own pace and level. █ requires a modified curriculum when it comes to accessing content. Spiraling curriculum is employed with repetition for vocabulary terms and new content is applied to prior knowledge.

**Language Arts (per Craig):**

█ has strong social skills, he enjoys participating in whole group instruction. █ knows our routine for entering class and what the class expectations are. █ is able to follow classroom directions and works well in our small literacy groups. █ is working on slowing down when communicating and working on his print skills. █ has done well with our weekly "Fry" words when he has time to study them over the course of the week. █ needs assistance when the words are used to complete a "clozed" sentence. The field of choice can be narrowed to 3 and sometimes 2 possible selections. The sentences are read aloud with various choices and █ is able to select the correct word. In our small literacy circles █ will be asked to sequence stories, identify settings, and summarize main ideas by verbally answering questions after reading leveled books.

We tried the technique of █ using his ACC device on the quiz. Game changer. He was able to quickly navigate the keyboard, select the first letter (sometimes two if his word didn't appear in the word prediction bar) and then he quickly selected the word. It was the fastest I've ever seen him complete a quiz and he did so with 100% accuracy.

**Math (per Mr. Markowitz):**

█ participates well in math class. The class begins with "Stand Up Numbers," or SUN--and he always stands up and does his best to echo the student leader who counts up to 100 by 5 or 10. What is best of course, is when he himself is the leader and counts 1-20 (1, 2, 3, etc.) and the class echos after him. He always smiles after the teacher asks him to yell the number 20 loudly at the end and put his arms up high. After SUN, the students complete a bellringer consisting of three math problems on the board. After writing his name and the day's date on the paper, █ copies the problems. He then uses his calculator to complete the problems. Often the teacher approaches █ to assist him during this time and it is not uncommon for █ to put his arm out and says "No!" meaning--"Hey! I can do this by myself." While his answers are not always correct, it's his excellent effort that is most impressive at this time. █ also receives math homework Monday through Thursday night. He completes and returns this on a regular basis. His parents have discussed via email supplying █ with a larger, more colorful calculator that he could keep at school and that may prove to be helpful once he begins using it. Finally, he will be introduced to a modified classroom store later this quarter in which he will learn shopping with fake money and restocking that requires numbers. Based on a recent recommendation from the Visual Disabilities Itinerant, █ has been using a calculator app on a school iPad. He seems to be improving based on not only the size of the numbers but the contrast on the screen. We will keep having him practice throughout the year.

**Social Science:**

During class, █ is able to respond to bell ringer questions verbally or in writing with modeling and prompts by Staff. The current unit that █ is studying is "All Around Town". This includes key vocabulary word (single and double syllable words), community leaders and local landmarks.

█ is able to decode and read single and simple two-syllable words with verbal modeling and prompting. However, he needs to continue to develop his phonemic awareness, reading fluency and comprehension skills including main idea, key details & sequence. When given an online diagnostic Student placed in the C/D range for reading comprehension which is approximately Late Kindergarten/Early 1st grade. Student will continue to develop his reading skill through leveled readers and online reading programs, as well as hands on activities such as learning centers. Additionally, █ needs to continue to develop his self-advocacy skills. Staff will continue to prompt █ to communicate his wants and needs.

**Preferred Learning Style:**

Student can benefit from multiple modalities including Auditory and Visual, as well as hands on.

Auditory - Explicit Instructions; Multiple Examples; Modeling; Check for understanding.

Visual - Enlarged Print; Material should be broken down into simple steps; Minimal "Visual Clutter" on the page; Multiple examples for reinforcement; Check for Understanding.

**Curriculum-based Assessment Results:**

█ participates in a significantly modified curriculum in order to access grade level material.

**District/State Test Results:**

Student will participate in the DLM (Dynamic Learning Maps) alternative assessment with accommodations and modifications.

- 50% extended time

- Small group setting

- Read direction aloud

- 2 stop the clock breaks

- Provide drink

- Provide snack

**Developmental/Functional Needs:**

█ does well in an environment with structure and routine. █ also requires clear guidelines and expectations. He can and will follow simple step instructions. █ should be

Individualized Education Program (IEP)

reminded to "use his words" and to ask for help.

[redacted] with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.

[redacted] is able to use the restroom independently. Student is able to feed himself without assistance as well.

OCCUPATIONAL PARTICIPATION AND PARTICIPATION (PER OT)
Relevant Background Information

[redacted] ("[redacted]") is a 10th grade student attending Amundsen High School, where he is enrolled in a program offering a significantly modified curriculum with moderate supports. [redacted] presents with diagnoses of Down Syndrome and visual impairment. Per record review, [redacted] received Early Intervention (EI) services and was initially referred for a full, individualized evaluation in Spring 2007 due to developmental delays and his diagnosis of Down Syndrome. He went on to be determined eligible for special education and related services under the categories of Developmental Delay, Speech/Language Impairment, and Visually Impaired. A functional visual assessment in April 2007 indicated that [redacted]'s visual acuity is impacted by myopia (nearsightedness), astigmatism, nystagmus, and nasolacrimal duct obstruction. [redacted] currently wears eyeglasses at school. [redacted] went on to receive school based occupational therapy services (direct, indirect) in his early childhood education at Portage Park Elementary and in elementary school at Coonley Elementary. Prior to his current triennial re-evaluation, [redacted] was most recently re-evaluated in January 2016 and determined eligible for special education and related services under the category of Intellectual Disability – Moderate; the secondary category of Visual Impairment was added in January 2017. [redacted] began attending Amundsen High School in September 2018 and has received consultative school based occupational therapy as his primary mode of service delivery since his IEP annual review conference dated 10/17/2018. [redacted] was recently referred for a full, individualized evaluation as part of his triennial re-evaluation, with psychology, occupational therapy, vision, and speech language pathology planning assessment. The following information was obtained as part of [redacted]'s occupational therapy re-evaluation and was obtained from record review; student observation; student, teacher, and paraprofessional interviews; and informal assessment.

Access to Environment

Amundsen is a large, multistory high school, and [redacted]'s primary classrooms and locker are located on the second floor, in close proximity to each other. As part of his transitions to specials (e.g., physical education, music) and the cafeteria, [redacted] accesses stairways and hallways. [redacted] currently benefits from increased time and close adult supervision when navigating areas of school outside the classroom to ensure safety and support on-task behavior. [redacted] shows awareness of his physical environment and was able to independently wayfind from an unfamiliar first floor location (case manager's office) to his primary classrooms. He was observed to ascend and descend stairs using an alternating step pattern and handrail support. Close adult supervision is recommended on stairs and near drop-offs due to low vision. [redacted] is able to carry lightweight objects when walking and can walk up/down stairs wearing his backpack. He benefits from adult support to hold/carry items in hand when navigating stairs. [redacted] also was observed navigating the school's outside campus grounds with his class during a fire drill, where he again benefited from staff supervision and increased time. [redacted] is physically able to access his classrooms, the cafeteria, gym, and restrooms. He is able to maintain sitting posture and balance needed for tabletop activities. In his primary classrooms, [redacted] and his classmates sit at single desks with separate chairs. [redacted] was observed independently pulling out his chair, sitting down, scooting the chair in/out, and standing up. At times, he benefited from reminders to push in his chair when leaving class. [redacted] does present with decreased muscle tone, gross motor coordination, and strength as well as visual impairment. Per staff report, [redacted] participates in Special Olympics. Recommendations to support [redacted]'s access to the school environment include: increased time for transitions; adult supervision when accessing areas outside the classroom, including close supervision on stairs; assist carrying hand-held items when navigating stairs.

Access to Educational Materials

[redacted] is able to perform functional reaching tasks, cross midline (i.e., his center) with either arm, and bring his left and right arms to midline. He demonstrates the ability to hold and manipulate items using both hands together at midline, and during testing, he was able to string 10 x 1" beads on a cord. [redacted] demonstrates functional grasp and pinch skills, with decreased precision and strength noted bilaterally. He is able to perform finger isolation for pointing, and per teacher report, when accessing classroom technology (Chromebook). [redacted] demonstrates right hand preference and accesses standard scissors for cutting. He is able to independently insert his fingers/thumb into the appropriate scissor handle openings (placing thumb into smaller handle opening, fingers into larger handle opening) and position his thumb "on top" for efficient cutting technique. During testing, [redacted] was able to cut a straight, thick marker line with 1/8" deviations. Given a simple cornered geometric shape, he cut with 1/4" deviations and a high level of choppiness. Given a simple rounded geometric shape (i.e., circle), [redacted] cut with angular strokes and well off the thick marker line, with the resulting shape not identifiable as a circle. During classroom observation, students were tasked with cutting 1" squares (containing labeled pictures for weekly language arts assignment), and [redacted] benefited from staff set up to pre-cut the paper into strips; [redacted] was then able to independently make single, straight cuts, freeing the squares, with occasional deviations of up to 1/4" from the line. [redacted] is able to hold his paper during scissor skills. He is able to independently remove and put on glue stick caps and requires only occasional assistance to loosen a tight marker cap or to firmly push it into place. [redacted] is able to turn a glue stick up/down and typically uses an appropriate amount of glue. During his assessment, he was noted to correctly match shapes and pasted them in close proximity to (but not directly on) the targeted area, which appeared to be a function of his vision. [redacted] is able to color small, defined areas, benefiting from occasional cues for thoroughness; some deviations from the line typically noted, which again appear vision-related. Recommendations to support [redacted]'s independence accessing educational materials include: thick, dark, and/or high contrast lines for cutting; set up to cut shapes (e.g., pre-cutting strips allowing single snips to cut out square shapes); thick, dark, and/or high contrast outlines for coloring or pasting as appropriate (e.g., outlining designated area with marker prior to coloring or to indicated targeted area for pasting); increased time for functional fine motor tasks.

School Self-Help Skills

[redacted]'s locker is located on the second floor, across the hall from his primary classrooms. Like his classmates, his locker features a combination/keyed lock. [redacted] benefits from adult support to open the lock with a key; typically, classroom staff open [redacted]'s locker (and his classmates' lockers) with a key prior to students accessing the lockers. At [redacted]'s IEP meeting, his family requested increased opportunity for [redacted] to open his own lock; parent planning to obtain key lock and practice with [redacted] at home, then send to school. Once unlocked, [redacted] is physically able to open/close his locker. He also is able to remove and store his coat and backpack given increased time and occasional prompting for task continuity/to retrieve all items. [redacted] benefits from some support to orient inside out clothing but is able to put on and remove his sweatshirt/coat. He can zip/unzip independently but was observed requiring assistance to engage his coat zipper. [redacted] is able to put on and remove his backpack. [redacted] and his classmates eat lunch in the school cafeteria. During observation, [redacted] appeared calm and regulated despite the louder cafeteria setting. Although he usually brings a lunch, [redacted] also sometimes obtains food from the lunch line. He was observed retrieving a tray, making choices (pizza, salad), and serving himself (salad) with intermittent minimal support. He did benefit from assistance navigating the cafeteria with a full tray, but it should be noted he also was carrying his lunch bag. [redacted] is able to independently transition to/from and sit at the cafeteria's picnic-table style seating. He is able to open most food containers, benefiting from occasional support for some food/beverage packaging. He is independent feeding himself with utensils or with finger foods. [redacted] is reported to rarely request restroom use but follows his class' regular restroom schedule and will use the restroom if prompted. He is independent with clothing management, hygiene, and handwashing at school. During his occupational therapy evaluation, [redacted] demonstrated independence removing and putting on his shoes (without lacing/unlacing). He independently requested help to correctly orient his sock and put it on but was independent in removing the sock. He benefits from assistance with tying shoelaces. Classroom paraprofessionals report that [redacted] does require some assistance changing for physical education class, as he requires extensive time and clothing changes require a high level of effort. During [redacted]'s eligibility meeting, it was shared that [redacted] recently has not been required to change clothes for gym, and that this arrangement has been working fine, per parent and physical education teacher report. Recommendations to support [redacted]'s independence with self-help skills include: staff assist with lock or use of accessible lock with locker; staff supervision/assist as needed with mealtime routines, including managing tray and opening packaging or containers; restroom schedule; supervision/assist as needed with arrival and departure routines and with clothing changes.

Written Communication Skills

[redacted] appears right-hand dominant and typically demonstrates a tripod or occasional quadrupod grasp of writing utensils. He is able to access standard pencils, markers, and crayons. He is able to stabilize his papers with his left hand while writing. [redacted] is able to accurately replicate 3-5/9 pre-writing forms, showing some variability with forming intersecting vertical/horizontal lines (+), diagonal lines (\, /), intersecting diagonal lines (X), and square. He is independent writing his first name (abbreviated, "[redacted]") and last name from memory in title case. [redacted] is able to form numbers 1-10 independently from memory, with loose formation noted. He is challenged to form double digit numbers, often transposing first/second digits. He was observed using a scientific style calculator during math class, looking very closely at the keys and observed pushing multiple keys simultaneously due to decreased precision with fine motor skills and decreased vision. He may benefit from a calculator with larger screen and key size. Permitting use of mixed case, [redacted] is able to independently write 26/26 letters from memory, demonstrating mild form inaccuracies with T V X and reversal of Y and Z. Given a visual model, he can correctly identify upper case/big letters and lower case/small letters. Given a visual model of upper case letters or lower case letters, he is challenged to form the missing case, instead consistently relying on his knowledge of a preferred case. For example, he typically forms "d" as lower case d and as upper case D, and "F" as upper case F and lower case f. [redacted] is able to copy words and very simple

sentences from a same page or separate page close visual model. However, this process typically involves omissions and copying errors and is noted to require a high level of effort and significantly extended time (may require 5 minutes or more to copy single simple sentence). Readability may be compromised due to copying errors, loose letter formation, positioning of letters off the writing line, and variable word spacing. It should be noted that B█ has accommodations for his vision, and both a slant board surface and larger font (at least 14 point) and higher contrast materials are recommended. B█ benefits from extensive adult support to produce simple original writing, and it should be noted that he receives a significantly modified curriculum for all aspects of English Language Arts. He benefits from use of visuals (e.g., labeled worksheets with picture images of key characters, story events) to help demonstrate his learning in modified writing. His augmentative communication device also features some picture technology that supports academic performance. Like his classmates, E█ currently has access to Chromebook and iPad classroom technology, and it is reported that this technology will be used more later on the school year. B█ has a history of using an accessible keyboard at Coonley and may benefit from this again. Recommendations to support B█'s written communication/producing school work include: slant board access, including positioning materials to be viewed on vertical surface as appropriate; modified paper (e.g., large print (at least 14 point), high contrast, wide ruling, thick/dark baseline, highlighting; seating near screen/projector/instruction; positioning instructional materials at close point range; increased time for processing directions and task performance; calculator with large screen and keys; adaptive keyboard, mouse as appropriate.

Response to Environment/Sensory Processing

E█ is a polite, friendly, and hardworking student. He shows good understanding of his daily schedule and typically transitions smoothly between classes. He benefits from intermittent minimal cues to stay on task and increased time for transitioning between activities, particularly if there is a gross motor component to the transition (e.g., moving between areas of the classroom to obtain materials). He is able to follow familiar 2 step directions and accepts adult instruction and prompting. E█ benefits from visual supports; clear, simple directions; classroom structure, with routine and repetition; multi-modal cueing; and increased time for processing/performance. He also benefits from praise and positive reinforcement for his efforts. E█ s sitting tolerance was observed to be >45 minutes and supports his ability to participate in classroom learning. E█'s attention span may vary according to his motivation/engagement in task, and he benefits from a work-break model with activities broken down into manageable, achievable steps. Per staff report and observation, E█ frequently engages in humming-like vocalizations throughout the school day. These vocalizations appear self-stimulatory and often take place during instruction, independent work time, and transitions. It appears to provide both auditory and vibrational sensory input. The volume is typically low but is reported to at times be distracting. E█'s replacement behavior is to move his fingertips across a strip of corrugated cardboard (e.g., strip of "wavy" bulletin board border), which produces a very light sound but mimics the vibrational quality of his vocalizations/humming. Per teacher report, when E█ was initially introduced to the sensory strip, he was encouraged to place it over his chest while touching it, in order to better approximate the sensory experience being replaced. Now, however, he is able to access the sensory strip when it is placed on his desk. B█ typically accesses the sensory strip throughout school day, bringing it between classes and having extra material in his primary classrooms. The strip is lightweight and can be easily replaced. At times, B█ may engage in humming/vocalizations and require cues to access his sensory strip as needed. During testing, E█ trialed a hand-held vibrational sensory motor tool (ARK Z-vibe) and was noted to wait quietly, without humming, when holding it. However, this tool was difficult for E█ to turn on/off. E█ was also observed occasionally demonstrating repetitive, stereotyped hand movements (e.g., hand/finger waving, flapping), particularly when seated and waiting. Other significant behaviors associated with sensory processing needs have not been noted at this time. E█ typically appears calm, regulated, and participatory at school. Recommendations to support B█'s independent functioning and sensory processing at school include: visual supports; work-break model; timer; positive reinforcement, praise; sensory strategies and/or aids, such as corrugated cardboard sensory strip, vibrational sensory tool, or other fidgets. Note: At student's eligibility/IEP annual review conference (12/18/19), E█'s parents requested that use of sensory material (e.g., corrugated cardboard) as a replacement tool for humming not be used a first-line intervention, instead preferring that staff give direction or redirection prior to providing tool for student use. Additionally, E█'s special education teacher shared that use of this tool is now limited; it is stored in a known location and B█ can retrieve it independently in the classroom as needed.

Conclusions

Based on the above information, E█ demonstrates a continued need for school-based occupational therapy services. At this time, indirect (15 minutes per quarter) occupational therapy services are indicated to monitor and support B█'s self-help skills, fine motor skills, written communication, and sensory processing in order to maximize his independence in the student in the role.

Vision needs: Per his latest ocular report, B█ has a diagnosis of high myopia. Earlier reports have indicated nystagmus. He has glasses prescribed for constant wear. His most current Functional Vision Assessment indicates some areas of deficit in visual scanning and depth perception. E█ requires enlarged materials, preferential seating and uncluttered worksheets and materials. Due to issues with depth perception, close supervision is needed on stairs, around drop offs and during emergency drills.

**Communication Needs:**

E█████ presents a receptive and expressive language impairment coupled with an articulation impairment.

E█████'s speech intelligibility is significantly reduced when speaking. His articulation is characterized by multiple sound substitutions and deletions and overall imprecise speech. He has a parent provided Nova Chat communication device, but prefers speaking and does not spontaneously use his device.

Testing showed that vocabulary is a relative strength as compared to other language areas such as syntax, pragmatics, and supralinguistic skills. B█████ responds to simple questions and directions, but as vocabulary and sentence structures become more complex his listening comprehension decreases. He has difficulty using higher-order language skills to understand questions that require inferencing, logic, and problem-solving. Expressively, E█████ typically speaks in single words to two words phrases at school. In the classroom, he rarely initiates communication to make a request, respond to questions, greet, or share information. B█████ needs to continue working on his functional communication skills so that he expresses his needs, wants, feelings, and preferences that others can understand without a communication breakdown.

**Relevant Transition Information:**

E█ does quite well with transitions and is very adaptable. He is familiar with his daily routine and the Staff that he works with on a daily basis. With frequent reminders and prompts from Staff, E█ makes smooth transitions from activity to activity. He will definitely verbalize "NO" when he does not want to take part in an activity, which is rare. B█ requires Staff supervision and support to transition throughout the school setting including changing classroom, lunchroom, restroom breaks, elective courses, going to and from school, as well as field trips and Special Olympics.

**Language and Cultural Considerations:**

E█ receives ELL support under model 6; Under this model, two teachers should consult on an ongoing basis regarding the instructional needs of the EL with disabilities in different subject areas. They discuss how they can provide and coordinate services for the student considering his linguistic and disability needs. A bilingual teacher or ESL Endorsed Teacher participates in IEP meetings to provide information about the student's current levels of language proficiency and contributes suggestions about appropriate teaching methods for ELLs. The language used to provide special education services in this model is English.He will qualify to take the Alternative ACCESS assessment this year.

**Parents' Concerns:**

Parents are concerned with the goals set for E█ - they want to ensure they are pushing B█ to his full potential.

---

## 8. Transition Services

---

A Transition Plan is required for this student.

## 9. Areas of Need

| Goal | A† & M | | Goal | A† & M | | Goal | A† & M | |
|------|--------|--|------|--------|--|------|--------|--|
| ☑ | ☑ | English Language Arts (ELA) | ☐ | ☑ | Art | ☑ | ☑ | Independent Functioning |
| ☑ | ☑ | Mathematics | ☐ | ☑ | Music | ☐ | ☐ | Physical/Sensory |
| ☑ | ☑ | Science | ☐ | ☐ | Physical Education | ☑ | ☑ | Speech/Language |
| ☑ | ☑ | Social Sciences | ☐ | ☐ | Health Education | ☐ | ☐ | Health/Medical |
| ☐ | ☑ | World Language | ☐ | ☐ | Library | ☐ | ☐ | Social/Emotional |
| ☐ | ☐ | Vocational | ☐ | ☐ | Computer | | | |
| ☐ | ☑ | Vision | ☐ | ☑ | Other 2 | ☑ | | Non Academic |
| ☐ | ☐ | Other 3 | | | | ☑ | | Extra Curricular Activities |

†Accommodations and/or Modifications

## 10(a). Accommodations and Modifications: Special Factors

*(Including supplementary aids and services that will enable student to participate in the general education curriculum)*

**Special Factors:**

A. If student is **blind/visually impaired**, is instruction and use of Braille needed? No

   If NO, was decision based on an evaluation of student's reading and writing skills, media needs, and future need for instruction in Braille? Yes

B. If student is **deaf** or **hard of hearing**, is language and communication support (including speech, reading, functional sign, total communication, communication boards, interpreting devices, note takers, etc.) needed? N/A

C. If student is an **English Language Learner**, are instructional and assessment accommodations needed to meet the student's linguistic and cultural needs? N/A

D. **Alternative/Augmentative Communication Need**

   Are **alternative/augmentative communication devices** required for student to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs of the student? ☑ Yes ☐ No

   Are there any alternative/augmentative communication devices already available at the school that the student will use? ☑ Yes ☐ No

   █████ requires the following alternative/augmentative communication device(s) provided at the school to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs:
   - Parent provided Nova Chat

   Was an alternative/augmentative communication evaluation completed? ☑ Yes ☐ No

   Date of Evaluation: 04/25/2012

   **Please review the AT and/or AC report for more specific information and recommendations (e.g. device provision, training supports, technical assistance, and specific feature details).**

   █████ requires the following alternative/augmentative communication device(s) to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs:

E. **Assistive Technology**

   Is **assistive technology** required for the student to access any portion of the curriculum or to meet the behavioral or adaptive needs of the student? ☑ Yes ☐ No

   Are there any assistive technology devices recommended in a report by a special education teacher or related service provider? ☑ Yes ☐ No

   Assistive technology device(s) recommended in a report by a special education teacher or related service provider:
   - Large calculator, slant board, fidgets
   - Reading Stand
   - Timer
   - Visual Prompts

   Is there any assistive technology devices that the student requires and are available at the school? ☑ Yes ☐ No

   Assistive technology device(s) that the student could utilize and are available at the school:
   - Sensory material
   - Timer
   - Modified Paper, Large scale, dark/thick baseline, high contrast

   Was an assistive technology evaluation completed? ☐ Yes ☑ No
   Is an assistive technology evaluation needed? ☐ Yes ☑ No

F. **Behavior**

   Does the student's behavior impede his learning or that of others? ☐ Yes ☑ No

G. **Paraprofessional Support**

Does the student require **paraprofessional support** to access the general education curriculum or to meet his social, communication, behavioral or adaptive needs? ☑ **Yes** ☐ **No**

Does the IEP team have the qualitative and quantitative data to determine whether the student requires paraprofessional support? ☑ **Yes** ☐ **No**

█████ will be in a cluster program classroom with a shared programmatic paraprofessional to provide shared instructional and shared behavioral support. E██████ will utilize the following para support in the classroom:

E██ requires Staff support for all core content areas, as well as elective classes. E██ will utilize paraprofessional support for modeling, prompting and redirection to complete tasks assigned.E██ will utilize paraprofessional support to transition safely throughout the building and during extra curricular activities.

| 10(b). Accommodations and Modifications: General |
|---|

**Description of modifications and accommodations for each area of need:**

The identified Accommodations and Modifications listed below will be provided when the student is enrolled in the class.

---

**English Language Arts**
**Collaboration/Consultation:**    Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.
**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**
- 16pt font

---

**Mathematics**
**Collaboration/Consultation:**    Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.
**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a calculator.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**
- 16pt font

---

**Science**
**Collaboration/Consultation:**    Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.
**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a calculator.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**
- 16pt font

---

**Social Sciences**
**Collaboration/Consultation:**    Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.
**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Embed choices when eliciting information.
- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**

- 16pt font

---

**World Language**

**Collaboration/Consultation:**　Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.

**Nature of Collaboration:**

Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**

- 16pt font

---

**Art**

**Collaboration/Consultation:**　Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.

**Nature of Collaboration:**

Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a computer.
- Walk by student's desk to check for accuracy every 2 minutes.
- Ask student to repeat directions back to confirm understanding.
- Provide motivation and verbal rewards on a daily basis.

**Other Accommodations:**

- 16pt font

---

**Music**

**Collaboration/Consultation:**　Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.

**Nature of Collaboration:**

Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Classroom Accommodations/Modifications:**

**Other Accommodations:**

- 16pt font

---

**Physical Education**

**Collaboration/Consultation:**　Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.

**Nature of Collaboration:**

Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

**Accommodations/Modifications:**
- Allow activity as tolerated.

---

**Independent Functioning**

**Collaboration/Consultation:**   Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes quarterly.

**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ No

**Collaboration/Consultation:**   Occupational Therapist will collaborate/consult with Special Education Teacher for 15 minutes quarterly.

**Nature of Collaboration:**
Occupational therapist to consult with student's special education teacher(s), general education teacher(s), other school staff, and/or family to monitor and support █'s access to the school environment, fine motor and handwritten communication skills, sensory processing/regulation, independent functioning, and self-help skills.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ No

**Accommodations/Modifications:**

**Other Accommodations:**
- Per OT, allow use of the following:
  1. Increased time for transitions;
  2. Adult supervision when accessing areas outside the classroom, including close supervision on stairs;
  3. Assist carrying hand-held items when navigating stairs;
  4. Adaptive strategies for cutting (e.g., thick, dark, and/or high contrast lines/outlines; set up to cut out shapes, set up to cut shapes, such as pre-cutting strips allowing single snips to cut out square shapes);
  5. Thick, dark, and/or high contrast outlines for coloring or pasting as appropriate (e.g., outlining designated area with marker prior to coloring or to indicated targeted area for pasting);
  6. Staff assist with lock and/or use of accessible lock with locker;
  7. Staff supervision/assist as needed with mealtime routines, including managing tray and opening packaging or containers;
  8. Restroom schedule and prompting as needed to initiate restroom use;
  9. Supervision/assist as needed with arrival and departure routines and with clothing changes;
  10. Slant board access, including positioning materials to be viewed on vertical surface as appropriate;
  11. Modified paper (e.g., large print, high contrast, wide ruling, thick/dark baseline, highlighting);
  12. Seating near screen/projector/instruction;
  13. Positioning instructional materials at close point range;
  14. Increased time for processing directions and task performance;
  15. Calculator with large screen and keys;
  16. Adaptive keyboard, mouse as appropriate; visual supports;
  17. Work-break model;
  18. Timer;
  19. Positive reinforcement, praise;
  20. Sensory strategies and/or aids, such as corrugated cardboard sensory strip, vibrational sensory tool, or access to other fidgets.

---

**Non Academic**

**Collaboration/Consultation:**   Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes quarterly.

**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ No

**Accommodations/Modifications:**
- Assemblies: █ requires Staff assistance and supervision to ensure safety.
- Field Trips: █ requires Staff assistance and supervision to ensure safety.
- Lunch: █ requires Staff assistance and supervision to ensure safety.

**Other Accommodations:**
- 16pt font

---

**Extra Curricular Activities**

**Collaboration/Consultation:**   Special Education Teacher will collaborate/consult with Paraprofessional for 15 minutes monthly.

**Nature of Collaboration:**
Staff will collaborate regarding appropriate accommodations and modifications, data collection and progress monitoring towards benchmark goals.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ No

**Accommodations/Modifications:**
- Activities and Accommodation & Modification:
  Special Olympics: █ requires Staff assistance and supervision to ensure safety.

---

**Vision**

**Collaboration/Consultation:**   Teacher - VI will collaborate/consult with Special Education Teacher for 30 minutes monthly.

**Nature of Collaboration:**
Monitor student progress. Discuss and assist with any implementation of modifications and accommodations for visual impairment.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ No

**Classroom Accommodations/Modifications:**

**Other Accommodations:**
- Preferential seating near all instruction.
- Handouts should be of good contrast and uncluttered.

- Close supervision on stairs and around drop offs.
- Use of slant board.
- When writing on white board, use black or blue marker.
- Caution during PE and recess.
- Handouts should be large print.
- Provide desk copy of materials presented on board as needed.
- Avoid glare on all work surfaces and materials.
  - Material to be copied should appear directly above his paper.

---

**Speech/Language**

**Collaboration/Consultation:**    Speech Pathologist will collaborate/consult with Special Education Teacher for 15 minutes quarterly.

**Nature of Collaboration:**

SLP will consult with educational staff about █████'s functional communication skills regarding both his expressive language (verbal production of speech and use of parent-provided device) and receptive language skills.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ **No**

**Accommodations/Modifications:**

- Provide visuals to supplement communication.
- Allow speaking alternatives (communicate through pictures, manipulatives, etc.) and encourage corresponding vocalization/verbalization.
- Provide appropriate model for speech sound production.
- Model target sound(s) and make sure student is watching your mouth.

**Other Accommodations:**

- Parent-provided Nova Chat 10 must be available to the student throughout the entirety of the school day.
- Encourage expansion of utterances by adding 1-2 words to the student's linguistic level.
- Break verbally presented information into smaller parts supplemented by visuals.
- When others do not understand █████, encourage him to first repeat and/or rephrase utterances while using clear speech strategies before prompting use of parent-provided device.
- Provide increased processing time and time to formulate responses.
- Repeat and rephrase questions to support understanding as needed.
- Provide aided-language stimulation and model novel phrases on █████'s device multiple times to increase saliency of navigational pathways.
- Repeat and rephrase sentences produced in error.
- Remind █████ to charge his device and pack/unpack his device every day.
  - Encourage █████ to orally repeat sentences that he forms on his device.

## 10(c). Accommodations and Modifications: Assessments

**Classroom Assessments**

*Classroom assessments include traditional and computer based assessments. Indicate what type of accommodations/modifications are needed for classroom assessments in each area of need identified. To add or remove classroom assessments to an area of need, go to the **A/M: General** page and check, under each relevant subject area, the appropriate response of Yes or No next to the question that asks "Does the student need classroom testing accommodations in this subject area?"*

B█████ will participate in classroom assessment **with** accommodations/modifications in the following areas:

**English Language Arts**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Mathematics**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Science**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Social Sciences**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**World Language**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Art**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Music**

The accommodations/modifications will be as follows:

- Administer in small group
- Read directions orally
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

**Physical Education**

The accommodations/modifications will be as follows:

- Administer in small group
- Sign directions
- Extend time allotted by 50 percent
- Allow 2 stop-the clock-breaks
- Provide snack during testing
- Provide drink during testing

B█████ will participate in classroom assessments **without** accommodations/modifications in all other areas.

**District/State Assessments**

B█████ is eligible to participate in, and will take the Dynamic Learning Maps Alternate Assessment the years it is given. If the student is also an English Language Learner, he will participate in the Alternate ACCESS exam in the years it is given.

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021
**Goal Area:**
- Academic
- Transition: Post-Secondary Education/Training

**Illinois Learning Standard Incorporating the Common Core # :** R.R.1

| | |
|---|---|
| **Special Education/Related Service Provider:** Special Education Teacher | **Other Providers, if appropriate:** Paraprofessional |

English Language Arts services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** English Language Arts
**Corresponding CC Strand:** English Language Arts – Reading

**Academic Achievement:**
E⬛ has strong social skills, he enjoys participating in whole group instruction. E⬛ knows our routine for entering class and what the class expectations are. E⬛ is able to follow classroom directions and works well in our small literacy groups. E⬛ is working on slowing down when communicating and working on his print skills. E⬛ has done well with our weekly "Fry" words when he has time to study them over the course of the week. E⬛ needs assistance when the words are used to complete a "clozed" sentence. The field of choice can be narrowed to 3 and sometimes 2 possible selections. The sentences are read aloud with various choices and E⬛ is able to select the correct word. In our small literacy circles E⬛ will be asked to sequence stories, identify settings, and summarize main ideas by verbally answering questions after reading leveled books.

We tried the technique of E⬛ using his ACC device on the quiz. Game changer. He was able to quickly navigate the keyboard, select the first letter (sometimes two if his word didn't appear in the word prediction bar) and then he quickly selected the word. It was the fastest I've ever seen him complete a quiz and he did so with 100% accuracy.

E⬛ relates well to his peers and enjoys his classmates. I would like to see E⬛ advocate more for himself when he does not understand something or needs help, we read social stories in class on how
to advocate for yourself. There are times when E⬛ will wave off help when he is working. Additional time when working and responding to questions. Reminders to slow down on work. Reminders to make eye contact when communicating. Help with positioning in chair and use of work space. Visual redirection on some task. Help with some fine motor task.

**Functional Performance:**
E⬛ does well in an environment with structure and routine. E⬛ also requires clear guidelines and expectations. He can and will follow simple step instructions. E⬛ should be reminded to "use his words" and to ask for help.

E⬛ with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.
**Other Considerations:**
E⬛ participates in an Inclusion setting with appropriate accommodations and modifications to the grade level curriculum to allow better access to the material.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
E⬛ will read/recognize 80 words from the Dolch/Fry list in order to increase his fluency and comprehension across all subjects with 80% accuracy when tested quarterly.

**Quarterly Benchmark:**
E⬛ will be introduced to five new Dolch/Fry words a week, he will be able to correctly spell the word and say the word (verbally or through the use of his parent provided device) 80% of the time.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determined | • Quarterly |

| **Benchmark Date** |
|---|
| 4/2020 |

**Quarterly Benchmark:**
E⬛ will be able to use his weekly Dolch/Fry word list to complete clozed sentence with 80% accuracy.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determined | • Quarterly |

| **Benchmark Date** |
|---|
| 6/2020 |

**Quarterly Benchmark:**
E⬛ will be able to take a five week bench mark test that measures the cumulative progression of his mastery of Dolch/Fry words, he will do so with 80% accuracy.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determined | • Quarterly |

| **Benchmark Date** |
|---|
| 1/2020 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021
**Goal Area:**
- Academic
- Transition: Post-Secondary Employment

**Illinois Learning Standard Incorporating the Common Core # :** CC.K-12.MP.1

**Special Education/Related Service Provider:** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Mathematics services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Mathematics
**Corresponding CC Domain:** Mathematics - Mathematical Practice

**Academic Achievement:**
E▉ participates well in math class. The class begins with "Stand Up Numbers," or SUN—and he always stands up and does his best to echo the student leader who counts up to 100 by 5 or 10. What is best of course, is when he himself is the leader and counts 1-20 (1, 2, 3, etc.) and the class echos after him. He always smiles after the teacher asks him to yell the number 20 loudly at the end and put his arms up high. After SUN, the students complete a bellringer consisting of three math problems on the board. After writing his name and the day's date on the paper, E▉ copies the problems. He then uses his calculator to complete the problems. Often the teacher approaches E▉ to assist him during this time and it is not uncommon for E▉ to put his arm out and say "No!" meaning--"Hey! I can do this by myself." While his answers are not always correct, it's his excellent effort that is most impressive at this time. E▉ also receives math homework Monday through Thursday night. He completes and returns this on a regular basis. His parents have discussed via email supplying E▉ with a larger, more colorful calculator that he could keep at school and that may prove to be helpful once he begins using it. Finally, he will be introduced to a modified classroom store later this quarter in which he will learn shopping with fake money and restocking that requires numbers.

Based on a recent recommendation from the Visual Teacher Of Visually Impaired, E▉ has been using a calculator app on a school iPad. He seems to be improving based on not only the size of the numbers but the contrast on the screen. We will keep having him practice throughout the year.

**Functional Performance:**
E▉ does well in an environment with structure and routine. E▉ also requires clear guidelines and expectations. He can and will follow simple step instructions. E▉ should be reminded to "use his words" and to ask for help.

E▉ with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.
**Other Considerations:**
E▉ participates in an Inclusion setting with appropriate accommodations and modifications to the grade level curriculum to allow better access to the material.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
Using shopping lists and a calculator, E▉ will independently negotiate the classroom grocery store and purchase items successfully in 4 out of 5 trials using at teacher made rubric.

**Quarterly Benchmark:**
Provided with a shopping list with items of a certain amount, E▉ will independently locate specific items in the classroom grocery store successfully in 4 out of 5 trials using at teacher made rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: Teacher Determined | • Quarterly |

| Benchmark Date |
|---|
| 4/2020 |

**Quarterly Benchmark:**
Using shopping lists and a calculator, E▉ will independently determine the total cost of items he purchased in the classroom grocery store using a calculator successfully in 4 out of 5 trials using at teacher made rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: Teacher Determined | • Quarterly |

| Benchmark Date |
|---|
| 6/2020 |

**Quarterly Benchmark:**
Using imitation currency and coins, E▉ will be able to enter/ add up all the items on the shopping list, with their respective price, on the calculator for the overall total price as well as verbally say the total price in 4 out of 5 trials using at teacher made rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: Teacher Determined | • Quarterly |

| Benchmark Date |
|---|
| 1/2020 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021
**Goal Area:**
- Academic

**Illinois Learning Standard # :** 11.A. Know and apply the concepts, principles and processes of scientific inquiry.

| | |
|---|---|
| **Special Education/Related Service Provider:** Special Education Teacher | **Other Providers, if appropriate:** Paraprofessional |

Science services will be delivered weekly.

### Present Level of Academic Achievement and Functional Performance:
**Area of Need:** Science

**Academic Achievement:**
E⬛ is a true pleasure to have in class. E⬛ comes into class everyday with a pleasant attitude and ready to participate. We started the year learning about how to think like a scientist! E⬛ has practiced observing like a scientist, taking notes, discussing the properties of things such as shape, color, solid , liquid. E⬛ can identify properties. E⬛ can identify animals that hibernate from those that migrate. E⬛ knows when he wants help and when he wants to work independently. He shows this by pushing the teachers hand away and says "no, no, no... or thumbs up when he wants help. E⬛ will use his communication devise with prompting but prefers to try to speak or gesture. E⬛ enjoys painting and combining art activities with science. E⬛ enjoys IXL science where he can work at his own pace and level. E⬛ requires a modified curriculum when it comes to accessing content. Spiraling curriculum is employed with repetition for vocabulary terms and new content is applied to prior knowledge.

E⬛ has been upbeat and as jovial as ever in science class. E⬛ participates in all the routines and enjoys how we start class by speaking Icelandic! He is learning a new phrase each week. This week he learned to say Welcome to Science Class in Icelandic with great excitement and he raises his hands in the air when he says this with the whole class. He is currently composting with worms. He is learning how the earth recycles itself with the help of the worms. He is learning about words such as decomposing, biodegradable and non biodegradable. E⬛ learned the 7 characteristics of being alive and is using those characteristics to explain why a computer is not alive ( i.e. does not make babies, does not use air, does not need food etc.) and why a dog is alive (i.e uses air, needs food, needs water etc.) E⬛ is able to distinguish between the 2 and is able to use a justification when prompted. E⬛ is a pleasure to have in class.

**Functional Performance:**
E⬛ does well in an environment with structure and routine. E⬛ also requires clear guidelines and expectations. He can and will follow simple step instructions. E⬛ should be reminded to "use his words" and to ask for help.

E⬛ with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.
**Other Considerations:**
E⬛ participates in an Inclusion setting with appropriate accommodations and modifications to the grade level curriculum to allow better access to the material.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
By the end of the IEP year, with guided instruction, modeling and prompting, E⬛ will be able to understand the first few steps in the processes of scientific inquiry and technological design to investigate questions, conduct experiments in 3 out of 4 attempts with fading of prompts as evidenced in teacher created rubrics.

**Quarterly Benchmark:**
By the end of the quarter, with guided instruction, modeling and prompting E⬛ will identify a research questions of his choice , after a science lesson in 3 of 4 attempts as measured by teacher made rubrics.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 3 out of 4 Attempts | • Observation log: Teacher created rubric | • Quarterly |

| **Benchmark Date** |
|---|
| 4/2020 |

**Quarterly Benchmark:**
By the end of the quarter, with guided instruction, mode ing and prompting and a template, E⬛ will fill in the blanks of a hypothesis as it relates to an experiment 3 out of 4 attempts as measured by teacher rubrics.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 3 out of 4 Attempts | • Observation log: Teacher created rubric | • Quarterly |

| **Benchmark Date** |
|---|
| 6/2020 |

**Quarterly Benchmark:**
By the end of the quarter, with guided instruction, support, modeling and prompting, E⬛ will be able to conduct controlled experiments or simulation to test a hypothesis in 3 of 4 attempts as measured by teacher made rubrics.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 3 out of 4 Attempts | • Observation log: Teacher created rubric | • Quarterly |

| **Benchmark Date** |
|---|
| 1/2020 |

# 11. Specialized Instruction

**Will the goal last the life of the IEP?** ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021
**Goal Area:**
- Academic

**Illinois Learning Standard # :** 14.A. Understand and explain basic principles of the United States government.

**Special Education/Related Service Provider:** Special Education Teacher             **Other Providers, if appropriate:**
Paraprofessional

Social Sciences services will be delivered weekly.

## Present Level of Academic Achievement and Functional Performance:
**Area of Need:** Social Sciences

**Academic Achievement:**
During class, ▓ is able to respond to bell ringer questions verbally or in writing with modeling and prompts by Staff. The current unit that ▓ is studying is Geography. This includes key vocabulary word (single and double syllable words), maps, identification of landmarks.

▓ is able to decode and read single and simple two-syllable words with verbal modeling and prompting. However, he needs to continue to develop his phonemic awareness, reading fluency and comprehension skills including main idea, key details & sequence. When given an online diagnostic Student placed in the C/D range for reading comprehension which is approximately Late Kindergarten/Early 1st grade. Student will continue to develop his reading skill through leveled readers and online reading programs, as well as hands on activities such as learning centers. Additionally, ▓ needs to continue to develop his self-advocacy skills.

**Functional Performance:**
▓ does well in an environment with structure and routine. ▓ also requires clear guidelines and expectations. He can and will follow simple step instructions. ▓ should be reminded to "use his words" and to ask for help.

▓ with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.
**Other Considerations:**
▓ participates in an Inclusion setting with appropriate accommodations and modifications to the grade level curriculum to allow better access to the material.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
At the end of the current IEP year, ▓ will be able to independently read a leveled passage and identify 5 key ideas and details with faded supports with 80% accuracy based on a teacher-created rubric.

**Quarterly Benchmark:**
▓ will be able to independently read a leveled passage and identify 2 key ideas and details, with 80% accuracy based on a teacher-created rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determine | • Quarterly |

| Benchmark Date |
|---|
| 4/2020 |

**Quarterly Benchmark:**
▓ will be able to independently read a leveled passage and identify 3 key ideas and details, with 80% accuracy based on a teacher-created rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determined | • Quarterly |

| Benchmark Date |
|---|
| 6/2020 |

**Quarterly Benchmark:**
▓ will be able to independently read a leveled passage and identify 4 key ideas and details, with 80% accuracy based on a teacher-created rubric.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Oral/Written test: Teacher Determined | • Quarterly |

| Benchmark Date |
|---|
| 1/2020 |

## 11. Specialized Instruction

**Will the goal last the life of the IEP?** ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021

**Goal Area:**
- Functional
- Transition: Post-Secondary Independent Living

**Illinois Learning Standard # :** 1.B. Recognize personal qualities and external supports.

**Special Education/Related Service Provider:** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Independent Functioning services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**

**Area of Need:** Independent Functioning

**Academic Achievement:**
E▬ is a wonderful student and always tries his best. However, E▬ will not always communicate when he needs additional support, or will not be receptive to assistance from staff. E▬ will continue to develop his self-advocacy skills in order to be more independent at home and school.

**Functional Performance:**
E▬ does well in an environment with structure and routine. E▬ also requires clear guidelines and expectations. He can and will follow simple step instructions. E▬ should be reminded to "use his words" and to ask for help.

E▬ with prompting, modeling, redirection and supervision of Staff, is able to follow the daily routine and transition throughout the building safely. He requires frequent prompts to transition to the next task/activity. He also needs prompts and reminders what his schedule is in addition to visuals.

**Other Considerations:**
E▬ participates in an Inclusion setting with appropriate accommodations and modifications to the grade level curriculum to allow better access to the material.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of <u>this</u> IEP year.)
At the end of the current IEP, E▬ will independently initiate communication across school settings based on an observation log.

**Quarterly Benchmark:**
E▬ will independently initiate communication in a classroom setting by asking questions or making staff aware of his wants and needs with faded prompts in 4 out of 5 opportunities based on an observation log.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: daily | • Quarterly |

| Benchmark Date |
|---|
| 4/2020 |

**Quarterly Benchmark:**
E▬ will independently initiate communication in a social setting (lunch, PE, social time) with peers and adults with faded prompts in 4 out of 5 opportunities based on an observation log.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: daily | • Quarterly |

| Benchmark Date |
|---|
| 6/2020 |

**Quarterly Benchmark:**
E▬ will independently initiate communication in transition settings (hallways, bathroom, lunchroom, morning/end of day routines) by asking questions or making staff aware of his wants and needs with faded prompts in 4 out of 5 opportunities based on an observation log.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • Observation log: daily | • Quarterly |

| Benchmark Date |
|---|
| 1/2020 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 05/28/2020 Ends 01/15/2021
**Goal Area:**
- Academic

**Illinois Learning Standard # :** CCSS.ELA-LITERACY.SL.9-10.1 Initiate and participate effectively in a range of collaborative discussions (one-on-one, in groups, and teacher-led) with diverse partners on grades 9-10 topics, texts, and issues, building on others' ideas and expressing their own clearly and persuasively.

**Special Education/Related Service Provider:** Speech Pathologist                     **Other Providers, if appropriate:**
                                                                                          Special Education Teacher

Speech services will be delivered monthly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Speech/Language

**Academic Achievement:**
Per special education teacher, ███ is able to identify the letters of the alphabet sequentially and out of sequence. ██ can copy and trace words when presented. ██ is able to listen to leveled stories. ██ can identify digits 1-20 sequentially. ██ has also demonstrated the ability to utilize a calculator in Math class.

**Functional Performance:**
█████ presents a receptive and expressive language impairment coupled with an articulation impairment.

█████'s speech intelligibility is significantly reduced when speaking. His articulation is characterized by multiple sound substitutions and deletions and overall imprecise speech. He has a parent provided Nova Chat communication device, but prefers speaking and does not spontaneously use his device.

Testing showed that vocabulary is a relative strength as compared to other language areas such as syntax, pragmatics, and supralinguistic skills. █████ responds to simple questions and directions, but as vocabulary and sentence structures become more complex his listening comprehension decreases. He has difficulty using higher-order language skills to understand questions that require inferencing, logic, and problem-solving. Expressively, █████ typically speaks in single words to two words phrases at school. In the classroom, he rarely initiates communication to make a request, respond to questions, greet, or share information. █████ needs to continue working on his functional communication skills so that he expresses his needs, wants, feelings, and preferences that others can understand without a communication breakdown.
**Other Considerations:**
██'s communication impairment negatively impacts his ability to participate in classroom discussions, get his needs/wants met, and socialize with peers.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
Orally or using his parent provided communication device, ██ will combine up to three words or symbols to respond to Wh-questions in 4/5 trials independently.

**Quarterly Benchmark:**
Orally or using his parent provided communication device, ██ will combine up to three words or symbols to make requests in 4/5 trials given faded cueing.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • progress notes  Frequency: each session | • Quarterly |

| **Benchmark Date** |
|---|
| 4/2020 |

**Quarterly Benchmark:**
Orally or using his parent provided communication device, ██ will combine up to three words or symbols to respond to Who, What, Where questions in 4/5 trials given faded cueing.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • progress notes  Frequency: each session | • Quarterly |

| **Benchmark Date** |
|---|
| 6/2020 |

**Quarterly Benchmark:**
Orally or using his parent provided communication device, ██ will combine up to three words or symbols to respond to When, Why questions in 4/5 trials given faded cueing.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 4 out of 5 Attempts | • progress notes  Frequency: each session | • Quarterly |

| **Benchmark Date** |
|---|
| 11/2020 |

## 12. Justification of Placement in the Least Restrictive Environment (LRE)

The Individuals with Disabilities Education Act (IDEA) presumes that students with disabilities will be educated in the general education classroom with their non-disabled peers with the appropriate supplementary aids and services UNLESS there is educational justification for services in a separate setting. The bell-to-bell elementary school week is 2100 minutes and the high school week is 2175 bell-to-bell minutes; Preschool students in a half-day program have 775 bell-to-bell minutes.

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Frequency and location of Special Education/Related Services Frequency should be noted in number of minutes per week | | |
|---|---|---|---|---|
| | | Direct Services in General Education Class | Direct Services in Separate Class | Community-Based Instruction |
| Language Arts/English/Reading | ☑ | | 250 MPW | |
| Mathematics | ☑ | | 250 MPW | |
| Biology & Physical Sciences | ☑ | | 250 MPW | |
| Social Sciences | ☑ | | 250 MPW | |
| Independent Functioning | ☑ | | 250 MPW | |
| Speech • Speech/Language | ☑ | | 30 MPW | |
| TOTAL # of minutes per week (MPW) | | 0 MPW | 1280 MPW | 0 MPW |

| Consultation/Collaboration Subject | Consultation/Collaboration Will Occur Between the Following Providers | Frequency of Consultation/Collaboration |
|---|---|---|
| English Language Arts | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Mathematics | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Science | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Social Sciences | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| World Language | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Art | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Music | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Physical Education | Special Education Teacher to Paraprofessional | 15 minutes monthly |
| Independent Functioning | Special Education Teacher to Paraprofessional | 15 minutes quarterly |
| Independent Functioning | Occupational Therapist to Special Education Teacher | 15 minutes quarterly |
| Non Academic | Special Education Teacher to Paraprofessional | 15 minutes quarterly |
| Extra Curricular Activities | Special Education Teacher to Paraprofessional | 15 minutes quarterly |
| Vision | Teacher - VI to Special Education Teacher | 30 minutes monthly |
| Speech/Language | Speech Pathologist to Special Education Teacher | 15 minutes quarterly |

▉▉▉▉▉ is in general education with only accommodations and/or modifications for the following academic subject areas:

- Art
- Music
- Physical Education
- World Language

▉▉▉▉▉ is with non-disabled peers for all other academic subject areas with no accommodations or modifications.

▉▉▉▉▉ will have the same opportunity to participate in extracurricular activities as non-disabled peers.

- Total amount of direct special education and related services: 1280 minutes per week
- **Percent of time** ▉▉▉▉▉ **is removed from general education classroom for special education or related services: 59% (21%-60% of time outside general education class)**

**Description of educational settings:**

**General education setting full time with supplementary aides and services:** Rejected
    **Rationale:**
        ▉▉▉ needs a lower student:teacher ratio
        ▉▉▉ needs a small structured setting

**General education with special education support 20% or less of the school day outside the general education setting :** Rejected
    **Rationale:**
        ▉▉▉ needs a lower student:teacher ratio
        ▉▉▉ needs a small structured setting

**General education with special education support 21-60% of the school day outside of the general education setting :** Accepted
    **Rationale:**
        ▉▉▉ needs a lower student:teacher ratio
        ▉▉▉ needs a small structured setting

**Related services provided in a setting with non-disabled peers:**
- Speech services cannot be provided in a setting with non-disabled peers for the following reasons:

Benjmain requires a setting that allows for multiple opportunities to practice targeted skill.

**Potential harmful effects of this placement:**

Isolation from peers.

Individualized Education Program

**13. Curriculum, Grades, Promotion and Graduation**

**Curriculum**

█████ will follow a significantly modified curriculum in the areas noted below.

█████ s report card should indicate a significantly modified curriculum for the subjects noted below.

| **Subject Area** | **Description of Significantly Modified Curriculum** |
| --- | --- |
| • English Language Arts | Student requires a significantly modified general education curriculum where he can work on developing language arts skills at his instructional level. Student's curriculum has been modified to meet the goals outlined in his Individualized Education Plan (IEP) and reflects his need for a small teacher to student ratio and extra teacher support. Specifically, Student's curriculum has been modified to:<br><br>1) Align with Common Core Standards, IL State Standards, and the IAA/DLM (alternative assessment)<br><br>2) Provide scaffolding and a modified scope and sequence<br><br>3) Allow for differentiated instruction<br><br>4) Allow for appropriate pacing of assigned tasks |
| • Mathematics | Student requires a significantly modified general education curriculum where he can work on developing language arts skills at his instructional level. Student's curriculum has been modified to meet the goals outlined in his Individualized Education Plan (IEP) and reflects his need for a small teacher to student ratio and extra teacher support. Specifically, Student's curriculum has been modified to:<br><br>1) Align with Common Core Standards, IL State Standards, and the IAA/DLM (alternative assessment)<br><br>2) Provide scaffolding and a modified scope and sequence<br><br>3) Allow for differentiated instruction<br><br>4) Allow for appropriate pacing of assigned tasks |
| • Science | Student requires a significantly modified general education curriculum where he can work on developing language arts skills at his instructional level. Student's curriculum has been modified to meet the goals outlined in his Individualized Education Plan (IEP) and reflects his need for a small teacher to student ratio and extra teacher support. Specifically, Student's curriculum has been modified to:<br><br>1) Align with Common Core Standards, IL State Standards, and the IAA/DLM (alternative assessment)<br><br>2) Provide scaffolding and a modified scope and sequence<br><br>3) Allow for differentiated instruction<br><br>4) Allow for appropriate pacing of assigned tasks |
| • Social Sciences | Student requires a significantly modified general education curriculum where he can work on developing language arts skills at his instructional level. Student's curriculum has been modified to meet the goals outlined in his Individualized Education Plan (IEP) and reflects his need for a small teacher to student ratio and extra teacher support. Specifically, Student's curriculum has been modified to:<br><br>1) Align with Common Core Standards, IL State Standards, and the IAA/DLM (alternative assessment)<br><br>2) Provide scaffolding and a modified scope and sequence<br><br>3) Allow for differentiated instruction<br><br>4) Allow for appropriate pacing of assigned tasks |

**Grades**

█████ will be graded using standard classroom criteria in all subject areas.

**Promotion** **(The Chicago Board of Education promotion policy applies to ALL students with disabilities _unless_ modified in this section with an individual standard for this student.)**

█████ will follow the standard promotion criteria.

**Graduation**

█████ will follow standard graduation criteria.

Anticipated date of graduation: June 2022 from High School

*Note: Special education and related services will cease upon high school graduation or on the day before the student s 22nd birthday.*

## 14. Extended School Year Services (ESY)

█████ is recommended for ESY services. If █████ meets his goal(s) that were to be addressed during ESY, the local school district representative should schedule an IEP meeting to determine whether █████ still requires ESY services.

█████ will experience significant regression with an interruption in service.

**Number of weeks for Extended School Year: 6**

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Measurable Annual Goal | Extended School Year | Frequency |
|---|---|---|---|---|
| English Language Arts | Yes | █ will read/recognize 80 words from the Dolch/Fry list in order to increase his fluency and comprehension across all subjects with 80% accuracy when tested quarterly. | ☑ Yes ☐ No | 100 MPW |
| Mathematics | Yes | Using shopping lists and a calculator, █ will independently negotiate the classroom grocery store and purchase items successfully in 4 out of 5 trials using at teacher made rubric. | ☑ Yes ☐ No | 100 MPW |
| Science | Yes | By the end of the IEP year, with guided instruction, modeling and prompting, █ will be able to understand the first few steps in the processes of scientific inquiry and technological design to investigate questions, conduct experiments in 3 out of 4 attempts with fading of prompts as evidenced in teacher created rubrics. | ☑ Yes ☐ No | 100 MPW |
| Social Sciences | Yes | At the end of the current IEP year, █ will be able to independently read a leveled passage and identify 5 key ideas and details with faded supports with 80% accuracy based on a teacher-created rubric. | ☑ Yes ☐ No | 100 MPW |
| Independent Functioning | Yes | At the end of the current IEP, █ will independently initiate communication across school settings based on an observation log. | ☑ Yes ☐ No | 100 MPW |
| Speech/Language | Yes | Orally or using his parent provided communication device, █ will combine up to three words or symbols to respond to Wh-questions in 4/5 trials independently. | ☑ Yes ☐ No | 30 MPW |

## 15. Transportation

**OVERVIEW**

*If a student attends his/her neighborhood (zoned) school or school of choice, it is expected that he/she transports himself/herself to school like his/her non-disabled peers except in unique circumstances. If a student with a disability meets the eligibility criteria for transportation as a related service, the transportation services will generally be provided from home to school and back home. Parents or caregivers of such students are to meet the bus at the curb for pick-up/drop-off.*

*If you are the parent of a child for whom transportation is provided pursuant to an IEP and your child is experiencing transportation-related problems, call (773) 553-2860 for assistance. If the issue pertains to a late pick-up/drop-off and/or no show, the parent should call the bus company directly.*

The IEP team determined that ████ qualified for transportation as a related service but his parent has not accepted CPS transportation at this time. The parent can contact the case manager at any time to request an IEP meeting to revise this IEP to reflect they now accept CPS transportation.

## Transition Service Plan

**Age Appropriate Transition Assessments**

**1. Transition Assessments:**

| Transition Assessments: | Assessment Type | Responsible Agency/Person | Date Conducted | Report Attached |
|---|---|---|---|---|
| Employment | Interest Inventory | Service Provider | 09/09/2019 | ☑ Yes ☐ No |
| Education | Interest Inventory/Observations | Service Provider | 09/09/2019 | ☑ Yes ☐ No |
| Training | Interest Inventory/Observations | Service Provider | 09/09/2019 | ☑ Yes ☐ No |
| Independent Living Skills | Interest Inventory | Service Provider | 09/09/2019 | ☑ Yes ☐ No |

**2. Competency Skills:**

Using info obtained from classroom observations and student interest inventories completed on 9/9/2019:

- E█ is driven to school by his family on a daily basis.
- E█ responds well to routine and structure.
- E█ requires a visual schedule.
- E█ requires frequent prompts and redirection.
- E█, with prompts, will communicate his needs and wants
- E█ requires Staff support to make daily transitions including task to task, class to class, home to school.
- E█ can feed himself independently.
- E█ can toilet himself independently.
- E█ is able to navigate the internet with assistance.

**3. Social Skills:**

E█ does not generally initiate communication with others. However, he is open and responsive when others communicate with him.

E█ does not engage in reciprocal conversations with others but will respond verbally with one word responses when the answer is embedded.

E█ generally does not seek out his peers to engage, but he does enjoy being paired with a partner for in class and extra curricular activities

**4. Motivation:**

Motivated by spending time with friends.

**Post-Secondary Outcomes**

**Post-Secondary Employment:**
Upon completion of high school, E█ will obtain competitive employment or competitive employment with a job coach.

**Post-Secondary Education:**
The TEAM has decided that post-secondary education is being met by post-secondary training.

**Post-Secondary Training:**
Upon the completion of high school, E█ will obtain on-the-job training with the support of a vocational training program.

**Independent Living Skills:**
Upon completion of high school, E█ will be able to enter and navigate public transportation with assistance.

**Planned Course of Study:**

| Freshman | Sophomore | Junior | Senior | Extended Age 18-21 |
|---|---|---|---|---|
| English I | English II | English III | English IV | |
| Algebra | Geometry | Advanced Algebra/Trig | Math Advanced | |
| Biology | Chemistry | Physics | | |
| World Studies | U. S. History | Elective: Civics | Elective: Sociology | |
| Art | Music | World Language I | World Language II | |
| Physical Ed I | Physical Ed II | Elective: Physical Ed | Elective: Physical Ed | |

**Coordinated Set of Activities**

**Instruction Activities:**
E█ will continue to receive continual training in all areas of daily living skills; cooking, meal planning, money management, self care, transportation/ travel training, etc. E█ will work towards learning these skill during her Life Skills class as well as Occupational Prep class.

**Provider(s):**
- SpEd Staff

**Related Services:**
E█ will receive transportation training (through CBI travel training), and social services from school social worker to support his social emotional growth.

**Provider(s):**
- SpEd Staff

**Work Experiences:**
▇ has worked in the classroom completing basic janitorial tasks (sweeping, emptying trash, wiping down counters, etc.) sorting mail into mailboxes and running errands around the school. We are prepping to dig deeper into discovering what a job is, what a job entails, and introduce basic job skills. ▇ will also be exposed to various jobs in the community during CBI trips throughout the

**Provider(s):**
- SpEd Staff

**Development of Employment and Other Post-School Adult Living Objectives:**
▇ will work with Access Living as part of Occupational Prep to develop job skills. The team received consent to invite an outside agency on 9/23/2020; Access Living was invited to the meeting on 11/3 but did not attend

**Provider(s):**
- SpEd Staff
- Community Agency: Access Living

**Acquisition of Daily Living Skills:**
▇ will continue to work with money management, social/emotional skills, self-care skills (like cooking, cleaning) and basic home repair.

**Provider(s):**
- **Provider(s):**
- SpEd Staff

**Functional Vocational Evaluation:**
A functional vocational evaluation is not required at this time, as the IEP team has sufficient data with which to make vocational decisions.

**Provider(s):**
- **Provider(s):**
- SpEd Staff

**Home based Support Services Program**
▇ has a developmental disability that may make him eligible for the program after reaching age 18 and when no longer receiving special education services.

**Plans for determining the student's eligibility for home-based services:**
We will support ▇'s family in determining his eligibility for appropriate home-based services. ▇ has already been introduced to Access Living.

**Plans for enrolling the student in the program of home-based services:**
We will support ▇'s family in determining his eligibility for appropriate home-based services.

**Plans for developing a plan for the student's most effective use of home-based services after reaching age 18 and when no longer receiving special education services:**
We will support ▇'s family in determining his eligibility for appropriate home-based services. ▇'s family is encouraged to begin looking as soon as possible at home-based services now and to begin to address guardianship concerns.

## Student Independence Paraprofessional Plan

**Student Name:** E████ W██
**Current School:** Roald Amundsen High School
**Birth Date:** 08/02/2004

**Student ID:** ████████
**Grade:** Tenth grade

### Fade Plan

**Identify ways to promote independence. Identify the strategy for the fade plan across all relevant settings, and what resources needed.**

E██ participates in a Cluster program with a significantly modified curriculum.

## IEP Revision Summary

*Indicate what revisions were made to this IEP:*

**Extended School Year**
Update to include ESY justification

### Chicago Public Schools
### IEP Meeting Notes Page

**Student Name:** E████ W██
**Case Manager:** Sara Mizener

**Student ID:** ████████
**School Name:** Roald Amundsen High School

**Date:** 05/28/2020

| Date: | Name: | Notes: |
|---|---|---|
| 01/15/2020 | Christine Turner | 12/18/2019:<br>Special Education Teacher started with review of student strengths and summary of activities. Reading diagnostic assessment from beginning of year indicated that E██ is reading at the "K" level. Teacher indicated that she has "leveled up" to provide 1st grade level texts. She noted that decoding is a strength, but that he struggles with comprehension. It was noted that with the use of E██'s device, he is doing much better on spelling activities.<br>Parent had questions in regards to Math homework.<br>PE teacher reviewed E██'s performance in PE. He was noted to be an active participant.<br>Bi-lingual Coordinator discussed present levels and need for ongoing support. Team discussed dismissal from services.<br>Principal discussed teacher change for 2nd semester.<br>Parent had additional questions in regards to lined paper as well as homework assignments being provided vertically vs. horizontally.<br>Parents expressed concerns around repeated instruction around more basic themes. The team discussed how content may be repeated at the beginning of the school year to assess progress and determine if regression occurred. Parent wants to ensure that E██ will be challenged and make growth. The team began to review goals. |

Team reconvened on 1/15/2020 to review IEP goals. Revisions were made based upon feedback from parents. IEP goal rubrics were provided to parents to demonstrate how goals would be assessed. Parents asked for increased communication from the school in regards to content being addressed at school so they can support at home. Father shared that E█ struggles with addition and subtraction and wants to make sure that B█ does not lose basic addition and subtraction skills if he is solely using a calculator. Father would like to see him use "mental math" in class. Speech Pathologist reviewed goal. Mother wants to ensure that communication device is used across all settings. Parents asked copies if Dolch sight words could be provided so they can support E█ at home.