# Conference Summary Report

## Purpose Of Conference

- ☑ Review of Existing Data
- ☐ Initial Eligibility
- ☐ Reevaluation
- ☑ Other: *annual review, transition planning*

- ☐ Initial IEP
- ☑ IEP Annual Review/Revision
- ☑ Transition

- ☐ Manifestation Determination
- ☐ Graduation
- ☐ Transfer-In

- ☐ IEP Addendum
- ☐ Termination of Placement
- ☐ FBA/BIP

## Student Identification Information

**Student's Last Name:** *S█████*

**First/Middle Name:** *T██ D█*

**Address:**

*Ottawa, IL 61350*

**Birthdate:** *█/2004*   **Gender:** *M*

**Age:** *16 years, 1 month, 1 day*

**Race/Ethnicity:** *White*

**Student Phone:**

**Parent/Guardian:** *C███ S█████*

**Address:**

*Ottawa, IL 61350*

**Home Phone:**

**Work Phone:**

**Other Parent/Guardian:**

**Address:**

**Home Phone:**

**Work Phone:**

**Language/Mode of Communication (Student):** *English*

**Language/Mode of Communication (Parent):** *English*

**SIS Number:**

**Medicaid Number:**

**Primary Eligibility:** *Specific Learning Disability (D)*

**Secondary Eligibility:**

**Current Grade Placement:** *10th*

**Current School Year:** *19-20*

**Current Home School:** *Ottawa Township High School*

**Current Serving School:** *Ottawa Township High School*

**Next Grade Placement:** *11th*

**Next School Year:** *20-21*

**Next Home School:** *Ottawa Township High School*

**Next Serving School:** *Ottawa Township High School*

**Resident District:** *Ottawa Township High School #140*

**Serving District:** *Ottawa Township High School #140*

**Initial Consent for Evaluation Date:**

**Initial Eligibility Determination:**

**Annual Review Due Date:** *02/09/2021*

**Triennial Reevaluation Due Date:** *02/20/2022*

**Extended School Year:** ☐ Yes  ☑ No

**Placement is in home school:** ☑ Yes  ☐ No

**Placement: (To be completed after placement determination)**

*02 - Inside regular classroom 40% - 79% of the day*

**Anticipated Date of High School Graduation:** *06/01/2022*

**Case Manager:** *Tina Gibbons*

Student: S█████, T██ D█
Conference Date: 02/10/2020
BDS Version:(ISBE 37-44)

Ottawa Township High School #140

D.O.B.: █/2004

Page 1 of 2

| | | _Aaron Pearson, Dir of Spec Needs_ | | | _____ |
|---|---|---|---|---|---|
| ☐ | | LEA Representative | ☐ | ☐ | School Nurse |
| ☐ | | _____ | ☐ | ☒ | _Aaron Pearson, Dir of Spec Needs_ |
| | | General Education Teacher | | | Special Education Administrator / Director / Designee |
| ☐ | | _____ | ☐ | ☐ | _____ |
| | | Special Education Teacher | | | Bilingual Specialist / Interpreter |
| ☐ | ☐ | _____ | ☐ | ☐ | _____ |
| | | Principal | | | Other (specify name and title) |
| ☐ | ☐ | _____ | ☐ | ☐ | _____ |
| | | Speech/Language Pathologist | | | Other (specify name and title) |
| ☐ | ☐ | _____ | ☐ | ☒ | _Kim Woods, Counselor_ |
| | | Social Worker | | | Other (specify name and title) |

Document the attempts made to arrange a mutually agreeable time to meet.

1. *12/9/2019 confirmed meeting date with parent*

2. *1/9/2020 sent notification of conference and parental rights*

3.

## Procedural Safeguards

Explanation of Procedural Safeguards was provided to/reviewed with the parent(s): *01/09/2020*   (Parent/Guardian Initial): _____

**Transfer of Rights:**

Seventeen-year-old student informed of his/her rights that will transfer to the student upon reaching age 18: ☐ Yes ☒ NA

☐ Yes ☐ NA  Student has signed Release of Information form (see attached).

**Parent(s) were given a copy of the:**

☒ IEP.

☐ Evaluation report and eligibility determination.

☒ District's behavioral intervention policy.

☐ District's behavioral intervention procedures (initial IEP only).

Student: S██████ T████ D████

Conference Date: 02/10/2020

BDS Version:(ISBE 37-44)

Ottawa Township High School #140

D.O.B.: ██/2004

Page 2 of 2

# Present Levels Of Academic Achievement and Functional Performance

**Student Name:** T███ S█████

**Grade:** *10th*   **Date:** *02/10/2020*   **DOB:** ███/2004

Complete for initial IEPs and annual reviews.

When completing this page, include all areas from the following list that are impacted by the student's disability: **academic performance, social/emotional status, independent functioning, vocational, motor skills, and speech and language/communication.** This may include strengths/weaknesses identified in the most recent evaluation.

### STUDENT STRENGTHS:

*T███ is a polite young man. He demonstrates appropriate classroom behavior, completes work in a timely manner, and is able to answer questions with good communication skills. Math is a personal strength for T███ based on his fall scantron testing scores. He participates in wrestling, and manages school work while participating in extra-curricular activities.*

### PARENTAL EDUCATIONAL CONCERNS/INPUT:

*Mom has concerns about T███'s reading and writing skills. T███ will continue with English class and add Instructional reading next semester to help strengthen those skills*

### HEALTH INFORMATION/CONCERNS:

*Currently, T███ is not taking any medication.*

*Hearing: Passed 1/13/2020*
*Vision: Passed 1/13/2020*

### STUDENT'S PRESENT LEVEL OF ACADEMIC ACHIEVEMENT (Include <u>strengths</u> and <u>areas needing improvement</u>):

*Academic Functioning (2019-2020):*
*Semester 2 as of 2/10/2020*
*1. Global Strategies- A*
*2. English - A*
*3. Biology - A*
*4. Power tech- B*
*5. Algebra A upper- A*
*6. Computer concepts- C*
*7. Health - A*

*Semester 1*
*0. Drivers Ed BTW- B*
*1. Global Strategies- A*
*2. Biology- B*
*3. English - A*
*4. American Gov- C*
*5. Algebra A upper- B*
*6. Drivers Ed- C*
*7. PE- B*

*Scantron Performance Series Assessment Fall 2018:*
*Fall 10th grade Reading SS= 2828 Average-Low range  Grade level 6.3 Lexile 910*

*Fall 10th grade Math: SS= 3041 Above Average range  Grade level >9.9*

*Fall 10th grade Language Arts: SS= 2497  Grade level 5.2*

*Writing CBMs 2018-2019:*

Student: S█████ T███ D███
Conference Date: 02/10/2020
BDS Version (ISBE 37-44G)

Ottawa Township High School #140

D.O.B.: ███/2004

Page 1 of 26

# Present Levels Of Academic Achievement and Functional Perfo...

*Total Words Written Average: 78*
*Words Spelled Correctly Average: 99%*
*Correct Word Sequencing Average: 97%*

**STUDENT'S PRESENT LEVELS OF FUNCTIONAL PERFORMANCE** (Include <u>strengths</u> and <u>areas needing improvement</u>...

*\*6 Documented Missing Assignments as of 1/28/20.*
*\*4 Documented day of school missed as of 1/28/20.*

*OHS Transition Assessment (8/14/19)*
*Employment: Tris█ stated that he would like to pursue a career as in construction. He feels like his employment strengths are that he is respectful, active & physical, organized, determined, and honest.*

*Education/Training: T█ plans to attend a four-year college.Currently, he feels like reading is his most difficult subject. He believes Math is his easiest class, because he is good with numbers. Accommodations that help him are extra time on tests and use of a different location as well as help taking notes and use of a calculator. He stated that doing reviewing information on his own and reading for fun could help him be more successful in school. He learns best by doing things with his hands. He typically spends 20-30 minutes on homework.*

*Independent Living: T█ has a variety of self determination skills including; speaking up for what he wants, managing time well, confidence, listen to others, sharing ideas, knowing his rights, saying no when necessary, and looking for support. After high school, he plans to attend a four-year college and live in an apartment with friends. He does a multiple jobs as tome including, taking out the garbage, shoveling snow, cleaning bathroom, and mowing the lawn.*

**ADVERSE EFFECTS**

Describe the effect of this individual's disability on involvement and progress in the general education curriculum and the functional implications of the student's skills.
- For preschool child, describe the effect of this individual's disability on involvement in appropriate activities.
- By age 14 1/2, describe the effect of this individual's disability on the pursuit of post-secondary expectations (living, learning, working).

*T█'s deficits in the areas of basic reading skills, reading comprehension, and written expression qualifies him for services under specific learning disability. This adversely affects his ability to be successful within the general education curriculum without specialized supports and services.*

Student: S█, T█ D█
Conference Date: 02/10/2020
BDS Version (ISBE 37-44G)

Ottawa Township High School #140

D.O.B.: 01█

Page 2 of 26

*Academic Functioning (2019-2020):*
*Semester 2 as of 1/28/2020*
*1. Global Strategies- A*
*2. English - A*
*3. Biology - B*
*4. Power tech- B*
*5. Algebra A upper- A*
*6. Computer concepts- B*
*7. Health - A*

*Semester 1*
*0. Drivers Ed BTW- B*
*1. Global Strategies- A*
*2. Biology- B*
*3. English - A*
*4. American Gov- C*
*5. Algebra A upper- B*
*6. Drivers Ed- C*
*7. PE- B*

*Scantron Performance Series Assessment Fall 2018:*
*Fall 10th grade Reading SS= 2828 Average-Low range  Grade level 6.3 Lexile 910*

*Fall 10th grade Math: SS= 3041 Above Average range  Grade level >9.9*

*Fall 10th grade Language Arts: SS= 2497  Grade level 5.2*

*Writing CBMs 2018-2019:*
*Total Words Written Average: 78*
*Words Spelled Correctly Average: 99%*
*Correct Word Sequencing Average: 97%*

**Core Standards:** *CCSS.ELA-Literacy.W.9-10.10*

*Write routinely over extended time frames (time for research, reflection, and revision) and shorter time frames (a single sitting or a day or two) for a range of tasks, purposes, and audiences.*

**Goal Statement:**

*By February 2021, T___ will write for a range of tasks, purposes, and audiences using correct organization, grammar, and punctuation with 90% accuracy and a language arts scaled score of 2586 in order to prepare to study and write reports for criminal justice.*

**Scoring Method:** *Other*

**Baseline:** *2497*                    [Other]                    **Begin Date:** *02/10/2020*

# Goals and Objectives/Benchmarks

Target: 2586 _____ [Other]    Anticipated Mastery Date: 02/09/20

Student Name:
Goal #: 2
Goal Areas:
Method:
Tit

## Benchmark(s) or Short-Term Objective(s)

The goals and short-term objectives or benchmarks shall meet the student's educational needs that result from the student's disability, including involvement in and progress in the general curriculum, or for preschool students, participation in appropriate activities, and shall reflect consideration of the State Goals and Illinois Learning Standards.

**A.** *By February 2021, T____ will write for a range of tasks, purposes, and audiences using correct organization, grammar, and punctuation in order to increase his scantron scores to 2586*

| Scoring Method: | Other | | |
|---|---|---|---|
| Baseline: | 2497 | [Other] | Begin Date: 02/10/2020 |
| Target: | 2586 | [Other] | Anticipated Mastery Date: 02/09/2021 |

Evaluation Procedure:   ☑ Observation   ☑ Scantron Testing

Schedule for Determining Progress:   Quarterly

**Benchmark Progress Updates**

**B.** *By February 2021, T____ will write for a range of tasks, purposes, and audiences using correct organization, grammar, and punctuation in order to maintain at least a 90% in his English class*

| Scoring Method: | Accuracy | | |
|---|---|---|---|
| Baseline: | 90 | % Accuracy | Begin Date: 02/10/2020 |
| Target: | 90 | % Accuracy | Anticipated Mastery Date: 02/09/2021 |

Evaluation Procedure:   ☑ skyward grade book

Schedule for Determining Progress:   Quarterly

**Benchmark Progress Updates**

# Goals and Objectives/Benchmarks

**Student Name:** T███ S███  **Grade:** *10th*  **Date:** *02/10/2020*  **DOB:** ███/2004

**Goal #:** *2*  **Goal Type:** *Reading*

**Goal Area:** ☑ Academic ☑ Transition:

**Method of Parent Notification:** ☑ Report Cards  ☑ *Quarterly Reports*

**Title(s) of Goal Implementor(s):** ☑ Special Education Teacher  ☑ General Education Teacher

**Present Level of Academic Achievement and Functional Performance related to the goal:**
*Results of the initial or most recent evaluation and results on district-wide assessments relevant to this goal; performance in comparison to general education peers and standards.*

*Academic Functioning (2019-2020):*
*Semester 2 as of 1/28/2020*
*1. Global Strategies- A*
*2. English - A*
*3. Biology - B*
*4. Power tech- B*
*5. Algebra A upper- A*
*6. Computer concepts- B*
*7. Health - A*

*Semester 1*
*0. Drivers Ed BTW- B*
*1. Global Strategies- A*
*2. Biology- B*
*3. English - A*
*4. American Gov- C*
*5. Algebra A upper- B*
*6. Drivers Ed- C*
*7. PE- B*

*Scantron Performance Series Assessment Fall 2018:*
*Fall 10th grade Reading SS= 2828 Average-Low range  Grade level 6.3 Lexile 910*

*Fall 10th grade Math: SS= 3041 Above Average range  Grade level >9.9*

*Fall 10th grade Language Arts: SS= 2497  Grade level 5.2*

*Writing CBMs 2018-2019:*
*Total Words Written Average: 78*
*Words Spelled Correctly Average: 99%*
*Correct Word Sequencing Average: 97%*

**Core Standards:** *CCSS.ELA-Literacy.CCRA.R.10*

*Read and comprehend complex literary and informational texts independently and proficiently.*

**Goal Statement:**
*By February 2021, T███ will read and comprehend complex literary and informational texts independently and proficiently with 90% accuracy and reading scaled score of 3029 in order to successfully transition into his post high school goals.*

**Scoring Method:** *Accuracy*

| | | | | |
|---|---|---|---|---|
| **Baseline:** | *90* | % Accuracy | **Begin Date:** | *02/10/2020* |
| **Target:** | *90* | % Accuracy | **Anticipated Mastery Date:** | *02/09/2021* |

Student: S███, T███ D███  D.O.B.: ███/2004
Conference Date: 02/10/2020
RDS Version (ISBE 34-54M)  Ottawa Township High School #140  Page 5 of 26

# Goals and Objectives/Benchmarks



### Benchmark(s) or Short-Term Objective(s)

The goals and short-term objectives or benchmarks shall meet the student's educational needs that result from the student's disability, including involvement in and progress in the general curriculum, or for preschool students, participation in appropriate activities, and shall reflect consideration of the State Goals and Illinois Learning Standards.

**A.** *By February 2021, T____ will read and comprehend complex literary and informational texts independently and proficiently to score at least a 3029 on his scantron in order to improve his scores.*

| Scoring Method: | Score | | | | | |
|---|---|---|---|---|---|---|
| **Baseline:** | 2828 | Score | points | Unit of Measurement | **Begin Date:** | *02/10/2020* |
| **Target:** | 3029 | Score | points | Unit of Measurement | **Anticipated Mastery Date:** | *02/09/2021* |

**Evaluation Procedure:** ☑ Scantron Testing

**Schedule for Determining Progress:** Quarterly

**Benchmark Progress Updates**

**B.** *By February 2021, T____ will read and comprehend complex literary and informational texts independently and proficiently with 90% accuracy in order to maintain at least a 90% average in his English class.*

| Scoring Method: | Accuracy | | | |
|---|---|---|---|---|
| **Baseline:** | 90 | % Accuracy | **Begin Date:** | *02/10/2020* |
| **Target:** | 90 | % Accuracy | **Anticipated Mastery Date:** | *02/09/2021* |

**Evaluation Procedure:** ☑ skyward grade book

**Schedule for Determining Progress:** Quarterly

**Benchmark Progress Updates**

Student: S____, T____ D____
Conference Date: 02/10/2020
BDS Version (ISBE 34-54M)

Ottawa Township High School #140

D.O.B.: __/____/2004

Page 6 of 26

# Educational Accommodations and Supports

**Student Name:** T___ S___  **Grade:** _10th_  **Date:** _02/10/2020_  **DOB:** ___/2004

Complete for initial IEPs and annual reviews. (Anyone responsible for implementing the educational accommodations must be notified of her/his specific responsibilities).

## Consideration of Special Factors

Check the boxes to indicate if the student requires any supplementary aids and/or services due to the following factors. **For any box checked "yes", specify the special factors in the "Supplementary Aids, Accommodations and Modifications" section and/or the Linguistic and Cultural Accommodations section listed below.**

☐ Yes  ☑ No   Assistive technology devices and/or services. If yes, please specify needed AT. If no, specify why AT is not needed to access FAPE.
*The IEP team has determined that T___ does not require assistive technology to meet his IEP goals or to be successful in the school setting. This will be reviewed at every IEP annual review.*

☐ Yes  ☑ No   Communication needs including students who are deaf/hard of hearing. If yes, complete linguistic and cultural accommodations section below.

☐ Yes  ☑ No   English Learner Status - language needs

☐ Yes  ☑ No   Blind/visually impaired - provision of Braille instruction

☐ Yes  ☑ No   Behavior impedes student's learning or that of others. If yes, the team must consider strategies, including positive behavioral interventions and supports to address behavior. **This may include a Functional Behavioral Assessment and/or a Behavioral Intervention Plan. If so, attach any completed forms.**

## Linguistic and Cultural Accommodations

☐ Yes  ☑ No   The student requires accommodations for the IEP to meet her/his linguistic and cultural needs. This includes students who are deaf/hard of hearing. **If yes, specify any needed accommodations:**

☐ Yes  ☑ No   Special education and related services will be provided in a language or mode of communication other than or in addition to English. This includes services provided to students who are deaf/hard of hearing. **If yes, specify any needed accommodations:**

---

**For students who are deaf/hard of hearing and others, as applicable:**

- Identify the language and communication need(s):

    ☐ ASL     ☐ Auditory/oral     ☐ Cued Speech     ☐ Speech Generated Device

    ☐ Tactile     ☐ Signed English     ☐ Other (please describe): _____

- List the opportunities for direct communication/interaction with peers and professional personnel in the child's language and communication mode:

- List the identified mode of communication accessible in academic instruction, school services, and extracurricular activities that the student will receive:

## Supplementary Aids, Accommodations, and Modifications

Specify what aids, accommodations, and modifications are needed for the child to make progress toward annual goals, to progress in the general education curriculum, participate in extracurricular and other non-academic activities, and to be educated and participate with other children with disabilities and/or nondisabled children (e.g., accommodations for daily work, environmental accommodations, moving from class to class, etc.). Supplementary aids, accommodations, and modifications must be based upon peer-review research to the extent practicable.

*Accommodation*

    *extended time on tests x1.5 in an alternate setting*

## Supports for School Personnel

☐ Yes  ☑ No   Program trainings and/or supports for school personnel are needed for the student to advance appropriately

# Assessment

## Classroom-Based Assessments

☐ Yes ☑ No  Student will participate in classroom assessments with no accommodation(s).

☑ Yes ☐ No  Student will participate in classroom assessments with accommodation(s).

## District-Wide Assessments

☐ District does not administer district-wide assessments.

☐ District does not administer district-wide assessments at this grade level.  _____

**Student will:**

☐ Not participate in the entire district-wide assessment

☑ Participate in the entire district-wide assessment without accommodation(s).

☐ Participate in the entire district-wide assessment with accommodation(s). (Complete Assessment Accommodations section on the IEP)

☐ Participate in part(s) of the district-wide assessment (specify which part(s) and what, if any, accommodations are required)

☐ Participate in the district-wide alternate assessment without accommodation(s).

☐ Participate in the district-wide alternate assessment with accommodation(s). (Complete Assessment Accommodations section on the IEP)

## State Academic Assessments

Indicate below which state academic assessment(s) this student will take and, if applicable, if accessibility feature(s) and/or accommodation(s) are needed.

☐ State academic assessments are not administered at this grade level  _____

### 1. Illinois Assessments of Readiness (IAR) (grades 3-8)

☐ The IAR assessment is not appropriate (specify). (Go to #2)

**Student will:**

☐ Participate in IAR with no accessibility features turned on in advance and no accommodation(s).

☐ Participate in IAR assessment with accessibility features turned on in advance and/or accommodation(s). (Complete the IAR Accessibility Features and Accommodations section of the IEP.)

### 2. Dynamic Learning Maps (DLM)(ELA/L, Math, Science)(Alternate Assessment for grades 3-11)

☐ The DLM Participation Guidelines were met. (Complete the DLM Participation Guidelines)

**If met, the student will:**

☐ Participate in DLM with no accessibility features/accommodation(s).

☐ Participate in DLM with accessibility features/accommodation(s). (Complete the DLM Accessibility Features and Accommodations section of the IEP).

### 3. College Board Assessments (Grades 9-11)

☐ Not administered at student's current grade level.

☐ Participate in PSAT9, PSAT10, and SAT assessments with no accommodations

☑ Participate in PSAT9, PSAT 10, and SAT assessments with accommodation(s). (Complete College Board Assessments Accommodations Section)

### 4. Illinois Science Assessment (ISA) (Grades 5, 8, High School (Biology))

☐ Not administered at student's current grade level.

☐ Participate in science assessment with no accommodation(s).

☑ Participate in science assessment with accommodation(s). (Complete Assessment Accommodations section of the IEP)

### 5. Physical Fitness Assessment (e.g. Brockport, Fitness Gram)

☐ Will not participate in the physical fitness assessment (Explain):

Student: S██████, T███ D████
Conference Date: 02/10/2020
BDS Version:(ISBE 37-44O)                    Ottawa Township High School #140                    D.O.B.:██/████/2004

Page 9 of 26

# Assessment

☑ Participate in Fitness Gram assessment with no accommodation(s).
☐ Participate in Fitness Gram assessment with accommodation(s).
☐ Participate in the Brockport assessment with no accommodation(s).
☐ Participate in the Brockport assessment with accommodation(s).

**6. Kindergarten Individual Development Survey (KIDS)**
☑ The KIDS Assessment is not appropriate.
☐ Participate in KIDS with no accommodation(s). Include which subsets:
    ☐ 1 - Approaches to Learning and Self-Regulation
    ☐ 2 - Social and Emotional Development
    ☐ 3 - Language and Literacy Development
    ☐ 4 - Cognition: Math
☐ Participate in KIDS with accommodation(s). (Complete Assessment Accommodation Section) Indicate which subsets:
    ☐ 1 - Approaches to Learning and Self-Regulation
    ☐ 2 - Social and Emotional Development
    ☐ 3 - Language and Literacy Development
    ☐ 4 - Cognition: Math

**7. Other (optional by district). If applicable, list assessment to be given (e.g. PSAT)**
☑ Participate in _____PSAT/SAT_____
☐ Participate with no accommodation(s).
☑ Participate with accommodation(s). (Complete Assessment Accommodations section of the IEP)

## State Assessment of English Language Proficiency

The state assessments of language proficiency Accessing Comprehension and Communication in English State to State (ACCESS) and the Alternate for English Access Learners (EL) in grades K-12 include:
☐ Yes  ☑ No    ENGLISH LEARNER (EL). If "No," skip to next section.

**If yes, the student will:**
☐ Participate in the ACCESS with no accommodation(s).
☐ Participate in the ACCESS with accommodation(s). (Complete Assessment Accommodations section of the IEP)
☐ Participate in the alternate ACCESS with no accommodation(s).
☐ Participate in the alternate ACCESS with accommodation(s). (Complete Assessment Accommodations section of the IEP)

## Assessment Accommodations

If the student will participate in assessments with accommodations, document any needed accommodations for the content area(s) in the section below.

**Classroom-Based Assessments**
*Extended Time*
    *x1.5 extended time in an alternate setting*

**College Board Assessments**
**SAT Assessment**
*Time and a Half: Reading*
*Time and a Half: Math Calculation*
*Time and a Half: Written Expression*
*Time and a Half: Listening*
*Time and a Half: Speaking*
**PSAT Assessment**
*Timing/Scheduling - Extended time*

Student: S_____, T____ D__                         D.O.B.: ___/2004
Conference Date: 02/10/2020
BDS Version:(ISBE 37-44O)        Ottawa Township High School #140        Page 10 of 26

# Assessment

**Science Assessment**

*Other Accommodation*
  *x1.5 extended time in an alternate setting*


**Other Assessment**

*Other - Accommodation*
  *x1.5 extended time in an alternate setting*

Student: S████, T███ D██
Conference Date: 02/10/2020
BDS Version:(ISBE 37-44O)

Ottawa Township High School #140

D.O.B.: ███/2004

Page 11 of 26

# Secondary Transition

Complete for students age 14 1/2 and older, and when appropriate for students younger than age 14 1/2. Post-school outcomes should guide the development of the IEP for students age 14 1/2 and older.

**Student Name:** T___ S___          **Grade:** *10th*      **Date:** *02/10/2020*      **DOB:** ___

## Secondary Transition

T___ S___ is working towards a Diploma

## Age-Appropriate Transition Assessments

| Transition Assessments (Including student and family survey/interview) | Assessment Type | Responsible Agency / Person | Date Conducted |
|---|---|---|---|
| **Employment** | *OHS Transition Assessment* | *Global Strategies Teacher/Student/Case Manager* | *08/14/2019* |
| **Education** | *OHS Transition Assessment* | *Global Strategies Teacher/Student/Case Manager* | *08/14/2019* |
| **Training** | *OHS Transition Assessment* | *Global Strategies Teacher/Student/Case Manager* | *08/14/2019* |
| **Independent Living Skills** | *OHS Transition Assessment* | *Global Strategies Teacher/Student/Case Manager* | *08/14/2019* |

## Post-Secondary Outcomes (address by age 14 1/2)

**Indicate and project the desired appropriate measurable post-secondary outcomes/goals as identified by the student, parent and IEP team. Goals are based upon age appropriate transition assessments related to employment, education and/or training, and independent living skills.**

Employment (e.g., competitive, supported shelter, non-paid employment as a volunteer or training capacity, military): **AND**

*After high school graduation, T___ will have a part-time job while attending a four year university to become a contractor.*

Services
02 Counseling and Guidance
26 Competitive Employment without Support

Post-Secondary Education (e.g., community college, 4-year university, technical/vocational/trade school): **AND/OR**

*After high school graduation, T___ will attend a four year university.*

Services
02 Counseling and Guidance
24 Information Tech Assessment and Training
25 College/University on-campus Aides

Post-Secondary Training (e.g., vocational and career field, vocational training program, independent living skills training, apprenticeship, OJT, job corps): **AND**

*After graduation, T___ will receive on the job training to become a contractor.*

Services
02 Counseling and Guidance
26 Competitive Employment without Support

Independent Living (e.g., independent living, health/safety, self-advocacy/future planning, transportation/mobility, social relationships, recreation/leisure, financial/income needs)

*After high school graduation, T___ will live in an apartment. He will use community resources for recreation and financial use.*

Services
18 Recreational Services

## Course of Study (address by age 14 1/2)

**Identify a course of study that is a long-range educational plan or multi-year description of the educational program that directly relates to the student's anticipated post-school goals, preferences and interests <u>as described above</u>.**

# Secondary Transition

| Year 1 | Year 2 | Year 3 | Year 4 | Extended |
|--------|--------|--------|--------|----------|
| Literature/La | English A | English C | English C | English 3 |
| Enhanced Reading | English A Lab | Algebra B | Geometry | Algebra 2 |
| Pre-Algebra | Math 1 | Reading Instruction | | Post-Secondary Global |
| P.E./Life Skills | Social Science | PE Strength & Conditioning/Health | P. E. Strength & Conditioning | PE Strength & Conditioning |
| Science | Freshman PE | U.S. History Team | Personal Finance/Foods 1 | Personality & Behavior |
| Specials | Earth Science | Autos | Global Strategies 12 | Vocational Autos |
| Study Skills | Global Strategies | Autos | Psychology/Sociology | Vocational Autos |

## Transition Services (address by age 14 1/2)

Please include, if appropriate, needed linkages for outside agencies, e.g., DMH, DRS, DSCC, PAS, SASS, SSI, WIC, DHFS, etc.) If none, indicate "none".

**INSTRUCTION** (e.g., tutoring, skills training, prep for college entrance exam, accommodations, adult basic ed.)

*Grade 8: T▨▨▨ receives research-based, direct instruction in reading and co-taught classes to address academic deficits in areas to help him prepare for post-secondary education/training.*

*Grade 9: T▨▨ will receive research-based, direct instruction in reading and individualized classes to address academic deficits in areas to help him prepare for post-secondary education/training.*

*Grade 10: T▨▨ will receive research-based, direct instruction in reading, co-taught classes, and individualized classes to address academic deficits in areas to help him prepare for post-secondary education/training.*

*Grade 11: T▨▨ will receive research-based, direct instruction in reading, co-taught classes, and individualized classes to address academic deficits in areas to help him prepare for post-secondary education/training.*

**Provider Agency and Position:** *Case Manager-OHS*

**Goal #(s) if Applicable:** *1,2*

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

**RELATED SERVICES** (e.g., transportation, social services, medical services, technology, support services)

*Grade 8: T▨▨ does not receive related services at this time.*

*Grade 9: T▨▨ does not qualify for related services.*

*Grade 10: T▨▨ does not qualify for related services.*

*Grade 11: T▨▨ does not qualify for related services.*

**Provider Agency and Position:** *IEP Team- OHS*

**Goal #(s) if Applicable:**

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

**COMMUNITY EXPERIENCES** (e.g., job shadow, work experiences, banking, shopping, transportation, tours of post-secondary settings)

**Provider Agency and Position:** *Student/Case Manager-OHS*

# Secondary Transition

Grade 8: T███ will be provided information about joining community activities or volunteering opportunities within the community throughout the school year. (e.g., PADS, Library, School)

**Goal #(s) if Applicable:** _____

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

Grade 9: T███ will participate in the spring school visit with his class and the parent orientation with his parent(s) to orient him to his new school.

Grade 10: T███ will be provided information about joining high school activities, community activities, or volunteering opportunities.

Grade 11: T███ will attend a school function, game, concert, or dance etc. with his peers to support her school, teams and community.

**DEVELOPMENT OF EMPLOYMENT AND OTHER POST-SCHOOL ADULT LIVING OBJECTIVES** (e.g., career planning, guidance counseling, job try-outs, register to vote, adult benefits planning)

**Provider Agency and Position:** *Global Strategies Teacher*

**Goal #(s) if Applicable:** _____

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

Grade 8: T███ will complete a career interest inventory and discuss careers of interest with his case manager. (competed 2-26-18)

Grade 9: T███ will attend a career day about 3 careers of interest.

Grade 10: T███ will research information on the computer to learn about careers in law enforcement.

Grade 11: T███ will meet with his guidance counselor and case manager to determine future goals. T███ will research a college and career path in his Global Strategies class.

**APPROPRIATE ACQUISITION OF DAILY LIVING SKILLS AND/OR FUNCTIONAL VOCATIONAL EVALUATION** (e.g., self-care, home repair, home health, money, independent living,/job and career interests, aptitudes and skills)

**Provider Agency and Position:** *Case Manager-OHS*

**Goal #(s) if Applicable:** _____

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

Grade 8: T███ will be instructed on how to use a binder, folder, and daily planner to keep track of assignments and school events.

Grade 9: T███ will be enrolled in Global Strategies to work on setting timelines, vocational reading, and to research job and career interests.

Grade 10: T███ will be enrolled in Health class that instructs him on how to take care of personal hygiene and care, nutrition and other life skills.

Grade 11: T███ will take a consumer based course to learn more skills in the area of money management and independent living.

# Secondary Transition

**LINKAGES TO AFTER GRADUATION SUPPORTS/SERVICES**
(e.g., DRS, DMH, DSCC, PAS, SASS, SSI, WIC, DHFS, CILs)

*Grade 8: T____'s mother will be provided with agency linkage packages to review.*

*Grade 9: A representative from the Office of Rehabilitation Services will attend the annual review staffing to answer any questions regarding post-secondary education, training, or employment.*

*Grade 10: T____ and his family will begin to research and consider what linkages for supports or services after high school.*

*Grade 11: T____ will research after graduation supports and contact colleges of interest to set up potential college visits.*

**Provider Agency and Position:** *Case Manager-OHS*

**Goal #(s) if Applicable:** _____

**Date/Year to be Addressed:** *9th-12th Grade*

**Date/Year Completed:** *2018-2022*

## Home-Based Support Services Program

☐ Yes  ☑ No    The student has a developmental disability and may become eligible for the program after reaching age 18 and when no longer receiving special education services. **If yes, complete the following statements:**

**Plans for determining the student's eligibility for home-based services:**

**Plans for enrolling the student in the program of home-based services:**

**Plans for developing a plan for the student's most effective use of home-based services after reaching age 18 and when no longer receiving special education services:**

# Educational Services and Placement

**Student Name:** T█████ S█████  **Grade:** 10th  **Date:** 02/10/2020  **DOB:** ██/2004

Anyone responsible for implementing special education services must be notified of her/his specific responsibilities.

**Start Date:** 02/10/2020  **Case Manager:** Tina Gibbons

**End Date:** 05/28/2020  **School/Program:** Ottawa Township High School

**Will the student participate in regular physical education?**  **Bell to Bell Minutes:** 2125

☑ Yes  ☐ No    **Instructional Minutes:** 1665

## Participation In General Education Environment

| General Education No Supplementary Aids Class | General Education With Supplementary Aids Class | Special Education In General Classroom | | |
|---|---|---|---|---|
| | | Class | Minutes | Frequency |
| | | Biology team | 118 | Weekly |

| Participation In Special Education Environment | | | **Weekly Special Education Totals** | |
|---|---|---|---|---|
| Special Education Outside General Classroom | | | **Inside General Classroom Minutes:** 118 | |
| Class | Minutes | Frequency | **Outside General Classroom Minutes:** 470 | |
| English | 235 | Weekly | **Total Minutes of Special Education:** 588 | |
| Global Strategies 10/11 | 235 | Weekly | **% (EE) Inside General Education:** 78 | |
| | | | **% Special Education:** 35 | |

## Related Services

| Related Service | Minutes | Frequency | Initiation | Duration |
|---|---|---|---|---|
| Competitive Employment (29) | | | 02/10/2020 | 05/28/2020 |
| Interagency Linkages (34) | | | 02/10/2020 | 05/28/2020 |

*It is necessary that the district ("the School") obtain your written permission to release information to Medicaid. This permission must be obtained prior to the School ever releasing your child's personal information from educational records for billing purposes to a public benefits or insurance program. Medicaid requires documentation of the services our staff provided prior to making payment to the School. You have the right to withdraw consent at any time. Your child's free appropriate education and related services will continue regardless of consent, refusal of consent, or withdrawal. Please refer to Release of Information/ Consent to Bill Medicaid for further information.*

## Educational Environment Considerations

To the maximum extent appropriate, all students shall be educated and participate with students who are non-disabled. Provide an explanation of the extent, if any, to which the student will not participate in general education classes and activities.

☑ Yes ☐ No Special education classes, separate schooling, or removal from regular education environment is required because the nature or severity of the student's disability is such that education in general classes with the use of supplementary aids and services cannot be achieved satisfactorily.
**Explain:**

  *T█████ will receive support in individualized courses to support her deficit areas of reading comprehension and written expression.*

☑ Yes ☐ No Student will participate in nonacademic activities with nondisabled peers and have the same opportunity to participate in extracurricular activities as nondisabled peers.
**If no, explain:**

☑ Yes ☐ No Student will attend the school he or she would attend if nondisabled.
**If no, explain:**

## Placement Considerations

Student: S█████, T█████ D█████    **D.O.B.:** ██/2004
Conference Date: 02/10/2020
ISBE 34-54P (8/15)    Ottawa Township High School #140    Page 24 of 26

# Educational Services and Placement

When determining the placement, consider any potentially harmful effect either on the student or the quality of services that he/she needs. After determining the student's placement, complete the "Placement" section on this cover sheet.

☐ Yes  ☑ N/A  For a child who is deaf, hard of hearing, blind or visually impaired, parents have been informed of existence of the Illinois School for the Deaf or the Illinois School for the Visually Impaired, and other local schools that provide similar services.

| Placement Options Considered | Team Accepts Placement | Potentially Harmful Effect/Reason Rejected |
|---|---|---|
| *General Education* | ☐ Yes  ☑ No | *The IEP team has determined that general education will not provide the supports and services necessary for T███ to be successful in his home district. Harmful effect of this placement would be lack of supports. This option does not provide support to address his deficit areas of basic reading skills, reading comprehension, and written expression.* |
| *02 - Inside regular classroom 40% - 79% of the day* | ☑ Yes  ☐ No | *The IEP team has determined that this placement is appropriate for T███'s needs as he is provided with instruction to support his deficit areas of basic reading skills, reading comprehension, and written expression. Harmful effect is less exposure to general education curriculum and peers. General education classroom 40%-79% of the day is the best option to support T███.* |
| *03 - Inside regular classroom less than 40% of the day* | ☐ Yes  ☑ No | *The IEP team has determined that this placement is too restrictive for T███. His needs are best met with specialized supports and services in place where he has more exposure to the general education. Harmful effect is less exposure to regular education peers and curriculum.* |

## Transportation

**Check all that apply**

☐ Yes  ☑ No  Special transportation is required to and from schools and/or between schools.

☐ Yes  ☑ No  Special transportation is required in and around school buildings.

☐ Yes  ☑ No  Specialized equipment (such as special or adapted buses, lifts, and ramps) is required.

**Please explain and/or detail transportation plan:**

## Extended School Year Services

☐ Yes  ☑ No  Extended school year services are needed. **The IEP team must document the consideration of the need for extended school year services and the basis for the determination.**

*The regression demonstrated by the student over long breaks has been minimal and these skills have been recouped within an acceptable period of time.*

Student: S███, T███ D███
Conference Date: 02/10/2020
ISBE 34-54P (8/15)

D.O.B.: ███/2004

Ottawa Township High School #140

Page 25 of 26

# Educational Services and Placement

If yes, the IEP must indicate the type, amount and duration of services to be provided.

| Special Education Service | Minutes | Frequency | Initiation | Duration |
|---|---|---|---|---|

Student: S█████, T███ D██
Conference Date: 02/10/2020
ISBE 34-54P (8/15)

Ottawa Township High School #140

D.O.B.: █/2004

Page 26 of 26

# Educational Services and Placement

**Student Name:** T███ S█████s    **Grade:** *11th*    **Date:** *02/10/2020*    **DOB:** █/2004

Anyone responsible for implementing special education services must be notified of her/his specific responsibilities.

**Start Date:** *08/12/2020*    **Case Manager:** *TBD*

**End Date:** *12/18/2020*    **School/Program:** *Ottawa Township High School*

**Will the student participate in regular physical education?**    **Bell to Bell Minutes:** *2125*

☑ Yes    ☐ No      **Instructional Minutes:** *1665*

## Participation in General Education Environment

| General Education<br>No Supplementary Aids | General Education<br>With Supplementary Aids | Special Education<br>In General Classroom | | |
|---|---|---|---|---|
| Class | Class | Class | Minutes | Frequency |
| | | *U.S. History Team* | 118 | *Weekly* |

| Participation in Special Education Environment | | | **Weekly Special Education Totals** |
|---|---|---|---|
| **Special Education**<br>Outside General Classroom | | | **Inside General Classroom Minutes:** *118* |
| Class | Minutes | Frequency | **Outside General Classroom Minutes:** *470* |
| *Reading Instruction* | 235 | *Weekly* | **Total Minutes of Special Education:** *588* |
| *English* | 235 | *Weekly* | **% (EE) Inside General Education:** *78* |
| | | | **% Special Education:** *35* |

## Related Services

| Related Service | Minutes | Frequency | Initiation | Duration |
|---|---|---|---|---|
| *Competitive Employment (29)* | | | *08/12/2020* | *12/18/2020* |
| *Supports for Transition (33)* | | | *08/12/2020* | *12/18/2020* |
| *Interagency Linkages (34)* | | | *08/12/2020* | *12/18/2020* |

*It is necessary that the district ("the School") obtain your written permission to release information to Medicaid. This permission must be obtained prior to the School ever releasing your child's personal information from educational records for billing purposes to a public benefits or insurance program. Medicaid requires documentation of the services our staff provided prior to making payment to the School. You have the right to withdraw consent at any time. Your child's free appropriate education and related services will continue regardless of consent, refusal of consent, or withdrawal. Please refer to Release of Information/ Consent to Bill Medicaid for further information.*

## Educational Environment Considerations

To the maximum extent appropriate, all students shall be educated and participate with students who are non-disabled. Provide an explanation of the extent, if any, to which the student will not participate in general education classes and activities.

☑ Yes ☐ No    Special education classes, separate schooling, or removal from regular education environment is required because the nature or severity of the student's disability is such that education in general classes with the use of supplementary aids and services cannot be achieved satisfactorily.
**Explain:**

> T███ *will receive support in individualized classes to support his deficits in reading comprehension and written expression.*

☑ Yes ☐ No    Student will participate in nonacademic activities with nondisabled peers and have the same opportunity to participate in extracurricular activities as nondisabled peers.
**If no, explain:**

☑ Yes ☐ No    Student will attend the school he or she would attend if nondisabled.
**If no, explain:**

Student: S█████s, T███ D███      D.O.B.: █/2004
Conference Date: 02/10/2020
ISBE 34-54P (8/15)      Ottawa Township High School #140      Page 18 of 26

# Educational Services and Placement

When determining the placement, consider any potentially harmful effect either on the student or the quality of services that he/she needs. After determining the student's placement, complete the "Placement" section on this cover sheet.

☐ Yes  ☑ N/A  For a child who is deaf, hard of hearing, blind or visually impaired, parents have been informed of existence of the Illinois School for the Deaf or the Illinois School for the Visually Impaired, and other local schools that provide similar services.

| Placement Options Considered | Team Accepts Placement | Potentially Harmful Effect/Reason Rejected |
|---|---|---|
| General Education | ☐ Yes  ☑ No | The IEP team has determined that general education will not provide the supports and services necessary for T▮▮ to be successful in his home district. Harmful effect of this placement would be lack of supports. This option does not provide support to address his deficit areas of basic reading skills, reading comprehension, and written expression. |
| 02 - Inside regular classroom 40% - 79% of the day | ☑ Yes  ☐ No | The IEP team has determined that this placement is appropriate for T▮▮'s needs as he is provided with instruction to support his deficit areas of basic reading skills, reading comprehension, and written expression. Harmful effect is less exposure to general education curriculum and peers. General education classroom 40-79% of the day is the best option to support T▮▮. |
| 04 - Special Ed 100% in separate public school | ☐ Yes  ☑ No | The IEP team has determined that this placement is too restrictive for T▮▮. His needs are best met with specialized supports and services in place where he has more exposure to the general education. Harmful effect is less exposure to regular education peers and curriculum. |

## Transportation

**Check all that apply**

☐ Yes  ☑ No  Special transportation is required to and from schools and/or between schools.

☐ Yes  ☑ No  Special transportation is required in and around school buildings.

☐ Yes  ☑ No  Specialized equipment (such as special or adapted buses, lifts, and ramps) is required.

**Please explain and/or detail transportation plan:**

## Extended School Year Services

☐ Yes  ☑ No  Extended school year services are needed. **The IEP team must document the consideration of the need for extended school year services and the basis for the determination.**

Student: S▮▮▮s, T▮▮ D▮▮  
Conference Date: 02/10/2020  
SBE 34-54P (8/15)  
Ottawa Township High School #140  
D.O.B.: ▮▮/2004  
Page 19 of 26

# Educational Services and Placement

*The regression demonstrated by the student over long breaks has been minimal and these skills have been recouped within an acceptable period of time.*

If yes, the IEP must indicate the type, amount and duration of services to be provided.

| **Special Education Service** | **Minutes** | **Frequency** | **Initiation** | **Duration** |
|---|---|---|---|---|

Student: S████, T██ D██
Conference Date: 02/10/2020
ISBE 34-54P (8/15)

Ottawa Township High School #140

D.O.B.: ██/2004

Page 20 of 26

# Educational Services and Placement

Student Name: T____ S____    Grade: *11th*    Date: *02/10/2020*    DOB: ____2004

Anyone responsible for implementing special education services must be notified of her/his specific responsibilities.

Start Date: *01/04/2021*    Case Manager: *TBD*

End Date: *02/09/2021*    School/Program: *Ottawa Township High School*

Will the student participate in regular physical education?    Bell to Bell Minutes: *2125*

☑ Yes    ☐ No    Instructional Minutes: *1665*

## Participation in General Education Environment

| General Education No Supplementary Aids | General Education With Supplementary Aids | Special Education In General Classroom | | |
|---|---|---|---|---|
| Class | Class | Class | | Minutes | Frequency |
| | | *Science* | | 118 | *Weekly* |

| Participation in Special Education Environment | | | Weekly Special Education Totals | |
|---|---|---|---|---|
| Special Education Outside General Classroom | | | Inside General Classroom Minutes: *118* | |
| Class | Minutes | Frequency | Outside General Classroom Minutes: *470* | |
| *English* | 235 | *Weekly* | Total Minutes of Special Education: *588* | |
| *Instructional reading* | 235 | *Weekly* | % (EE) Inside General Education: *78* | |
| | | | % Special Education: *35* | |

## Related Services

| Related Service | Minutes | Frequency | Initiation | Duration |
|---|---|---|---|---|
| Competitive Employment (29) | | | *01/04/2021* | *02/09/2021* |
| Supports for Transition (33) | | | *01/04/2021* | *02/09/2021* |
| Interagency Linkages (34) | | | *01/04/2021* | *02/09/2021* |

*It is necessary that the district ("the School") obtain your written permission to release information to Medicaid. This permission must be obtained prior to the School ever releasing your child's personal information from educational records for billing purposes to a public benefits or insurance program. Medicaid requires documentation of the services our staff provided prior to making payment to the School. You have the right to withdraw consent at any time. Your child's free appropriate education and related services will continue regardless of consent, refusal of consent, or withdrawal. Please refer to Release of Information/ Consent to Bill Medicaid for further information.*

## Educational Environment Considerations

To the maximum extent appropriate, all students shall be educated and participate with students who are non-disabled. Provide an explanation of the extent, if any, to which the student will not participate in general education classes and activities.

☑ Yes ☐ No    Special education classes, separate schooling, or removal from regular education environment is required because the nature or severity of the student's disability is such that education in general classes with the use of supplementary aids and services cannot be achieved satisfactorily.
**Explain:**

> T____ *will receive support from individualized classes and co-taught classes in order to support his deficits in written expression and reading comprehension.*

☑ Yes ☐ No    Student will participate in nonacademic activities with nondisabled peers and have the same opportunity to participate in extracurricular activities as nondisabled peers.
**If no, explain:**

☑ Yes ☐ No    Student will attend the school he or she would attend if nondisabled.
**If no, explain:**

Student: S____, T____ D____    D.O.B.: ____/2004
Conference Date: 02/10/2020
ISBE 34-54P (8/15)    Ottawa Township High School #140    Page 21 of 26

When determining the placement, consider any potentially harmful effect either on the student or the quality of services that he/she needs. After determining the student's placement, complete the "Placement" section on this cover sheet.

☐ Yes  ☑ N/A  For a child who is deaf, hard of hearing, blind or visually impaired, parents have been informed of existence of the Illinois School for the Deaf or the Illinois School for the Visually Impaired, and other local schools that provide similar services.

| Placement Options Considered | Team Accepts Placement | Potentially Harmful Effect/Reason Rejected |
|---|---|---|
| General Education | ☐ Yes  ☑ No | *The IEP team has determined that general education will not provide the supports and services necessary for T████ to be successful in his home district. Harmful effect of this placement would be lack of supports. This option does not provide support to address his deficit areas of basic reading skills, reading comprehension, and written expression.* |
| 02 - Inside regular classroom 40% - 79% of the day | ☑ Yes  ☐ No | *The IEP team has determined that this placement is appropriate for T████'s needs as he is provided with instruction to support his deficit areas of basic reading skills, reading comprehension, and written expression. Harmful effect is less exposure to general education curriculum and peers. General education classroom 40%-79% of the day is the best option to support T████ in his sophomore year.* |
| 03 - Inside regular classroom less than 40% of the day | ☐ Yes  ☑ No | *The IEP team has determined that this placement is too restrictive for T████. His needs are best met with specialized supports and services in place where he has more exposure to the general education. Harmful effect is less exposure to regular education peers and curriculum.* |

## Transportation

**Check all that apply**

☐ Yes  ☑ No  Special transportation is required to and from schools and/or between schools.

☐ Yes  ☑ No  Special transportation is required in and around school buildings.

☐ Yes  ☑ No  Specialized equipment (such as special or adapted buses, lifts, and ramps) is required.

**Please explain and/or detail transportation plan:**

## Extended School Year Services

☐ Yes  ☑ No  Extended school year services are needed. **The IEP team must document the consideration of the need for extended school year services and the basis for the determination.**

# Educational Services and Placement

*The regression demonstrated by the student over long breaks has been minimal and these skills have been recouped within an acceptable period of time.*

If yes, the IEP must indicate the type, amount and duration of services to be provided.

| Special Education Service | Minutes | Frequency | Initiation | Duration |
|---|---|---|---|---|
| | | | | |

Student: S████s, T████ D███
Conference Date: 02/10/2020
ISBE 34-54P (8/15)

Ottawa Township High School #140

D.O.B.: ███/2004

Page 23 of 26

# Parent/Guardian Notification of Conference Recommendations

Student Name: 7_____ S_____     Grade: _10th_     Date: _02/10/2020_     DOB: _____/2004

Dear C_____ S_____ :

The purpose of this letter is to provide you with notification of the educational recommendation developed for your child at the conference held on _02/10/2020_ at _Ottawa Township High School_ .

At this conference it was determined that your child:

☐ Is eligible or continues to be eligible for special education and related services under the category of:

☐ Is not eligible for special education and related services.

☑ Will receive the special education and related services as listed in the IEP.

☑ Requires and will receive the post-secondary goals and transition services (beginning at age 14 1/2) as listed in the IEP.

☐ Requires and will receive a functional behavioral assessment and behavioral intervention plan.

☐ Was determined that the disciplinary code violation(s) was related to your child's disability.

☐ Was determined that the disciplinary code violation(s) was not related to your child's disability.

☐ Is recommended for graduation.

☑ Other (e.g. termination of placement, aging out):
   _annual review, transition planning_

CHECK ONE, WHEN APPLICABLE: I understand that as soon as possible following development of the IEP, but not more than ten (10) school days, special education and related services will be provided to my child in accordance with the IEP, and:

☒ I **agree** to waive the requirement of a ten school day interval before an initial or change in placement occurs.

☐ I **do not agree** to waive the requirement of a ten school day interval before an initial or change in placement occurs.

_2/10/2020_
Date

_Christine M Simmons_
Parent/Guardian Signature

Please refer to your copy of the IEP conference summary report which contains the information used in making these recommendations. Please review the parental rights information in the **Explanation of Procedural Safeguards**. If you wish to discuss any concerns or have questions regarding your rights of this information, please contact:

Name: _Ms. Dawn Roalson_     Title: _Director of Special Needs_     Phone: _8154312423_

Sincerely,
_Dawn Roalson_

Name:     Ms. Dawn Roalson
Title:     Director of Special Needs