IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Christine Simmons,

Plaintiff,

v.

JB Pritzker, et al.,

Defendants.

Case No. 22-cv-00123
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The claims for injunctive relief and for relief under the IDEA, ADA, Rehabilitation Act, and Fourteenth Amendment are dismissed without prejudice for lack of jurisdiction and failure to exhaust administrative remedies. The RICO claims are dismissed with prejudice, and the remaining state-law claims are dismissed without prejudice under 28 U.S.C. §1367(c)(3).

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 10/12/2022                                          Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk